# EXHIBIT D

# LAST WILL AND TESTAMENT OF

# MARK GIRARD

FILED
VICKI (CRACE) RICE
JAN 0 4 2012
JOHNSON CIRCUIT COURT CLERK
BY: _____ D.C.

I, Mark Girard, a citizen and resident of 1132 State Street, Paintsville, Johnson County, Kentucky, being of sound mind and substantial estate, do hereby make this my Last Will and Testament, hereby revoking all other Wills, if any, heretofore made by me.

### ITEM I

I hereby direct that all my just debts be paid as soon as practicable after my death, including my funeral bill and any inheritance and estate taxes.

### ITEM II

I hereby give, devise, and bequeath all of my property, wheresoever situate, and whether real, personal or mixed, to Donna Caudill.

### ITEM III

In the event that Donna Caudill fails to survive me, or in the event that we die simultaneously, or under circumstances which make it difficult to determine which of us predecease, I hereby give, bequeath, and devise all my property to Lacy Spears and Tracy Spears, to share and share alike.

### ITEM V

I hereby make, nominate and appoint Donna Caudill as Executrix of this my Last Will and Testament and ask that no bond or inventory be required of the Executrix herein. In the event that Donna Caudill is unable to serve as Executrix I hereby make, nominate and appoint Lacy Spears and Tracy Spears as Co-Executors of this my Last Will and Testament and ask that no bond or inventory be required of them.

_____
MARK GIRARD

A TRUE COPY ATTEST
VICKI (CRACE) RICE
JOHNSON CIRCUIT COURT
BY: S. Castle D.C.
DATE: 1-4-2012

P000000030

WITNESSES:

_Leonard Caudill_ Residing at: _Staffordville, Ky._

_[signature]_ Residing at: _Oil Springs, Ky_

STATE OF KENTUCKY
COUNTY OF JOHNSON

Before me, the undersigned authority, on this day personally appeared Mark Girard, and _Leonard Caudill_, _Robert G. Miller_, known to me as the Testator and Witnesses, respectively, whose names are signed to the attached foregoing instrument and all of these persons being by me first dully sworn, Mark Girard, Testator, declared to me and to the Witnesses in my presence that the instrument is his Last Will and Testament and that he had willingly signed and executed it as his free and voluntary act and for the purposes therein expressed; and each of the Witnesses stated to me, in the presence and hearing of the Testator, that they signed the Will as Witnesses and that to the best of their knowledge the Testator was eighteen years of age or over, of sound mind and under no constraint or undue influence.

Given under my hand this _23_ day of _June_, 2011.

My Commission Expires: _4-26-2014_

_Linda C. Spindler_
NOTARY PUBLIC

THIS DOCUMENT PREPARED BY:

_[signature]_

ROBERT G. MILLER, JR.
ATTORNEY AT LAW
P.O. BOX 2345
PAINTSVILLE, KY 41240
(606) 789-5003