# EXHIBIT F

# DRAFT KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

| AGENCY ORI NAME | 0580100 PAINTSVILLE POLICE DEPARTMENT | | | INCIDENT NUMBER | KY 012-001 | | |
|---|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| 01/03/2010 03:46 TO 01/03/2012 06:59 | | EXACT | 01/03/2012 | 03:46 | 03:47 | 03:48 | 06:59 |

**ADMINISTRATIVE**

REPORTED BY: RICHMOND, RHONDA

HOW REPORTED: **PHONE**

LICENSE/ID STATE:     LICENSE/ID NUMBER:

ADDRESS: 1128 STATE STREET

CITY: PAINTSVILLE    STATE: KY    ZIP CODE: 41240    PHONE NUMBER: (606) 788-0184

SECTOR NO:

EXACT LOCATION OF OFFENSE:
STATE STREET
ADDRESS: 1132 STATE ST    STATE: KY    ZIP CODE: 41240
CITY: PAINTSVILLE
COUNTY: JOHNSON    LATITUDE: 37 DEG 48.781 MIN    LONGITUDE: 82 DEG 47.625 MIN

**OFFENSE DATA**

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: RESIDENCE/HOME | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: DEATH INVESTIGATION

OFFENSE CODE: 03009    ASCF CODE: 0    KRS CODE: ***.***    CLASS:    DEGREE: O    COUNTS: 1

BIAS MOTIVATION: NONE (NO BIAS)    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

OFFENSE CODE:    ASCF CODE:    KRS CODE:    CLASS:    DEGREE:    COUNTS:

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

OFFENSE CODE:    ASCF CODE:    KRS CODE:    CLASS:    DEGREE:    COUNTS:

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | PROPERTY DESCRIPTION | | | | | |

GENERAL

OWNER APPLED NUMBER    SERIAL NUMBER

MAKE    MODEL    OWNER

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | PROPERTY DESCRIPTION | | | | | |

GENERAL

OWNER APPLED NUMBER    SERIAL NUMBER

MAKE    MODEL    OWNER

| TOTAL STOLEN VALUE: | $0.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 0 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| REPORTING OFFICER | UNIT/BADGE NUMBER | REVIEWED BY | TIME SPENT |
|---|---|---|---|
| P WITTEN | 415 | | 4 HOURS |

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**DRAFT**

PHONE

VICTIM NAME

| VICTIM SEQUENCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 of 1 | GIRARD, MARK J | | | | | | VICTIM TYPE: INDIVID | |

LICENSE/ID NUMBER:

LICENSE/ID STATE:

VICTIM TYPE: INDIVID

KY RESIDENT: **RESIDENT**

Address Unknown ☐  ADDRESS: **1132 STATE STREET**

CITY: **PAINTSVILLE**

STATE: **KY**   ZIP CODE: **41240**

EYE COLOR   HAIR COLOR   **BLACK**

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | | EYE COLOR | | PEACE OFFICER? |
|---|---|---|---|---|---|---|---|
| 10/11/1952 | 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 | 5' 06" | 140 lbs | | BROWN | | YES ☐ |

ETHNIC ORIGIN   **NOT HISPANIC**

| GENDER | RACE | | | NBR | INJURY TYPE |
|---|---|---|---|---|---|
| MALE | WHITE | | | | |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS |
|---|---|---|---|---|---|
| | | | | | |

ADD'TL JUSTIFIABLE HOMICIDE CIRC

AGG ASSAULT/ HOMICIDE CIRC

VICTIM OF OFFENSE(S)   **03009**

LEOKA ACTIVITY

LEOKA ASSIGNMENT

| ARRESTED? | ARREST DATE |
|---|---|
| YES ☐ | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | |
|---|---|---|---|
| of | ALIAS: | | |

LICENSE/ID STATE:   LICENSE/ID NUMBER:   DATE OF BIRTH:   PHONE:   KY RESIDENT:

ADDRESS   STATE:   ZIP CODE:   HEIGHT   WEIGHT   EYE COLOR   HAIR COLOR

CITY:   ETHNIC ORIGIN

| SSN | SEX | RACE | | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | | | 2 | 5 | 7 | |
| | ARRESTEE ARMED WITH | | 3 | 6 | 9 | |

| ARRESTED? | ARREST DATE |
|---|---|
| YES ☐ | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | |
|---|---|---|---|
| of | ALIAS: | | |

LICENSE/ID STATE:   LICENSE/ID NUMBER:   DATE OF BIRTH:   PHONE:   KY RESIDENT:

ADDRESS   STATE:   ZIP CODE:   HEIGHT   WEIGHT   EYE COLOR   HAIR COLOR

CITY:   ETHNIC ORIGIN

| SSN | SEX | RACE | | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | | | 2 | 5 | 8 | |
| | ARRESTEE ARMED WITH | | 3 | 6 | 9 | |

PHONE

WITNESS NAME

| WITNESS SEQUENCE | | | DATE OF BIR |
|---|---|---|---|
| of | | | |

LICENSE/ID STATE:   LICENSE/ID NUMBER:

ADDRESS:   STATE:   ZIP CODE:   SSN:

CITY:

Agency ORI: 058010 0

Badge #:   415

## KY**PRS** REPORT: UOR2 SUPPLEMENT

### COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

# DRAFT

**SYNOPSIS:**
Responded to complaint that the residence was on fire and the resident was possibly trapped inside @ 1132 State Street Paintsville Ky.

**MODUS OPERANDI:**
The residence had visible flames and heavy smoke from the rear of residence when i arrived on scene.

**DATE & TIME OF OCCURRENCE:**
01-03-2012 @ 0346 HRS.

**ACCUSED:**
None

**SUSPECTS:**
None

**STOLEN PROPERTY:**
None

**OTHER PROPERTY:**
None

**EVIDENCE & HOW MARKED:**
None

**EVIDENCE DISPOSITION:**
None

**INVESTIGATION:**
I Officer P.D. Witten was on duty when the Paintsville Fire Department Received a complaint that house # 1132 State Street was on fire and someone was possibly still inside the residence. I arrived on scene and observed Heavy smoke and Flames coming threw the roof towards the back of the residence. I exited my vehicle and ran to front door of the residence it was locked, i then kicked in the front door to try and get to the resident. The smoke was to heavy to see threw and the heat of the fire was to intense to go any further, so in the interest of Officer safety i exited the front of the residence and then went to both residences on each side of the burning residence and evacuated the residents for there safety. The Paintsville Fire Department arrived on scene and myself and Officer Shane Cantrell began assisting the Firemen by helping pull fire hoses from fire trucks and hooking them to the fire hydrant. Chief Bob Dixon arrived on scene and assumed incident command @ 0409 HRS. I then began talking to residents to see if they observed or heard any type of disturbance @ 1132 State Street. Then i was approached by Mark J. Girards stepdaughter, Tracy Blair (1004 maple street Paintsville Ky, telephone # 789-7981) states that Donna Caudill (238 Brooks Conley Rd, Staffordsville Ky , telephone # 297-8429) had given Mr.Girard a bath and had helped put him to around 2100HRS. On 01-02-2012. She further states that he likes to smoke in the bed. I contacted Chief Bill Holbrook to let him know of this situation. The Johnson County Coroner J.R. Frisby arrived on scene @ 0540HRS. And the burned remains of Mark J. Girard was located at the rear of the residence by the Paintsville Fire Department. I used the Police Departments camera i was issued to document scene along with the Coroners camera before and while the body was being removed from the residence by the Coroner and the Fire Department, the remains of said body was placed in a body bag and then carried to the coroners van. Coroner J.R. Frisby advised me that he would be taking the body

## KY**DRS** REPORT: UOR2 SUPPL**EMENT**

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

# DRAFT

to Frankfort Ky for an autopsy later today. I then made contact With Officer D. Smith to help with traffic control when he went in service @ 0600 and arrived on scene to assist other units, I then spoke with my Assistant Chief Mike Roe and he also arrived on scene and i briefed him of my findings thus far. I left scene @ 0659hrs 01-03-2012.

*STATUS OF CASE:*
active

*ATTACHMENT*

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | | | |
|---|---|---|---|---|
| CASE/INCIDENT NUMBER:   KY 012-001 | | | REPORT DATE: | 1/3/2012 |
| REPORTING AGENCY ORI/NAME:   0580100 PAINTSVILLE POLICE DEPARTMENT | | | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME:   0580100 PAINTSVILLE POLICE DEPARTMENT | | | | |
| REPORTING OFFICER NAME:  S CANTRELL | | | REPORTING OFFICER UNIT BADGE ID: | 404 |
| PRIMARY OFFICER UNIT BADGE ID:   415 | | | | |
| REVIEWED BY: | | | | |

| WITNESS DATA | | | |
|---|---|---|---|
| WITNESS SEQUENCE of | WITNESS NAME | | PHONE |
| ADDRESS: | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE:      SSN: | |
| WITNESS SEQUENCE of | WITNESS NAME | | PHONE |
| ADDRESS: | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE:      SSN: | |

### NARRATIVE

On January 3, 2012 at 0349 hours, I responded to a house fire at 1132 State Street, the residence of Mark Girard. Upon my arrival, Officer Paul Witten was already on scene. At that time, I saw flames had already engulfed the back left side of the residence. There was a male subject standing in the roadway who stated that he was a neighbor and that he believed that Mark Girard was still inside of the home. Since the flames were too big and the smoke was so bad, Officer Witten and myself could not go into the residence to get Mr. Girard out. At that time, Officer Witten and I began to knock on the front doors of neighboring houses to wake the people up and get them out on the street, just in case the fire spread.

Within minutes, the Paintsville Fire Department arrived on scene. The fire fighters acted quickly. I had asked one of the fire fighters what they needed me to do, if anything. He stated that they needed help getting the fire hose off of the fire truck. At that time I began helping them to pull the fire hose off the truck. Officer Witten also assisted me. After that, there were more fire department personnel arriving on scene. At that time, the fire fighters began to battle the fire in efforts to get the fire extinguished. I then began to work crowd control and traffic control, to keep bystanders at a safe distance away from the fire so they wouldn't get hurt or get in the way of fire fighters doing their job.

After the fire department had put the fire out, they had discovered the body of Mark Girard, in the bedroom located at the back of the house. Johnson County Coroner J.R. Frisby arrived on scene. I went with Officer Witten to assist J.R. Frisby in taking pictures of the deceased body of Mark Girard. At 0619 hours, I was relieved of duty by Asst. Chief Mike Roe.

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | |
|---|---|---|
| CASE/INCIDENT NUMBER:   KY 01-12-001 | | REPORT DATE:  1/3/2012 |
| REPORTING AGENCY ORI/NAME:   0580100 PAINTSVILLE POLICE DEPARTMENT | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME:   0580100 PAINTSVILLE POLICE DEPARTMENT | | |
| REPORTING OFFICER NAME:  B HOLBROOK | | REPORTING OFFICER UNIT BADGE ID:  401 |
| PRIMARY OFFICER UNIT BADGE ID:   415 | | |
| REVIEWED BY: | | |

| WITNESS DATA | | | | | |
|---|---|---|---|---|---|
| WITNESS SEQUENCE  of | WITNESS NAME | | | | PHONE |
| ADDRESS: | | | | | |
| CITY: | | | | | DATE OF BIRTH |
| | STATE: | ZIP CODE: | | SSN: | |
| WITNESS SEQUENCE  of | WITNESS NAME | | | | PHONE |
| ADDRESS: | | | | | |
| CITY: | | | | | DATE OF BIRTH |
| | STATE: | ZIP CODE: | | SSN: | |

### NARRATIVE

On scene of a fatal house fire 1/3/2012 at 1230hrs that claimed the life of Mark Girard. Paintsville Fire Department responded to the residence earlier this morning at 0346hrs listed as 1132 State Street, Paintsville, Ky.
Mr. Girard's body was found in his bed, lying on his left side after the fire was contained. He was confined to a wheel chair, having no use of lower extremities and he lived alone. Johnson County coroner J.R. Frisby removed the body from the scene and transported to Medical Examiner in Frankfort. State Fire Marshal's office on scene as officials are awaiting the arrival of KSP arson investigator from Morehead. At approximately 1430hrs Bill Tom Crothers arrived on scene to retrieve Mr. Girard's dog that was outside. He stated that he didn't understand why the State Police was on scene and that this was nothing but an accident. He stated that it didn't need to be made a big deal of. I explained to him that Chief Dixon and I wanted to do a through investigation into this incident due to it being fatal. Said he understood but that it was only a bad accident, that everyone knew he was a heavy smoker and people had seen the cigarette burns on his bedding before. Advised him that I understand but this is a death investigation and it was going to be investigated properly accident or not. K-9 unit from Lexington FD arrived on scene at approximately 1500hrs to assist with investigation. The K-9 unit did not alert to any accelerants when walked through the scene. Spoke with Coroner Frisby at approximately 1537hrs and he stated he is leaving Frankfort with the body and medical examiner determined smoke inhalation and was awaiting law enforcement findings. Officials shifted an area around the bed room wall and shoveled the entire area where the bed was located. Two cigarette butts were found by investigators in bed area while sifting. Cause of fire was undetermined due to heavy damage in area. Investigators cleared scene at approximately 1714hrs.

P000000017