# EXHIBIT H

| AOC-858 Doc. Code: PACD | | Case No. 12-P-00001 |
|---|---|---|
| Rev. 9-10 Page 1 of 1 | | Court DISTRICT |
| Commonwealth of Kentucky Court of Justice www.courts.ky.gov KRS 367.97501 | PETITION BY CREMATORY TO AUTHORIZE CREMATION OF DECEDENT AND ORDER | County JOHNSON |

IN RE: MARK JOSEPH GIRARD
Name of Decedent (please print)

Date of Death: January 3, 2012

*Decedent named Donna Caudill as Executrix of Estate (Court granting Petition due to next of kin being Decedent's ex-wife and not qualifying as authorizing agent (per statute).*

Comes the Petitioner, the person in charge of a licensed crematory authority, and moves the Court for a finding that in absence of an authorizing agent as defined in KRS 367.97501, the Court act as the authorizing agent and order the cremation of the decedent named above.

*See Separate Petition*

Signature of Petitioner: _____

Crematory: 

Address:

**FILED**
VICKI (CRACE) RICE
JAN 04 2012
JOHNSON CIRCUIT COURT CLERK
BY: _____ D.C.

RECEIVED
APR 15 2014

Telephone Number:

**ENTERED**
VICKI (CRACE) RICE
JAN 04 2012
JOHNSON CIRCUIT COURT CLERK
BY: _____ D.C.

## ORDER

IN RE: MARK JOSEPH GIRARD
Decedent's full name (please print)

Petitioner: JOHN HARPER, TRI-STATE CREMATORY, 2201 DONNA DRIVE, ASHLAND, KY
Crematory 606-928-0650

IT IS HEREBY ORDERED that the Crematory's request to permit the cremation of the decedent is ☒ granted ☐ denied.

SO ORDERED THIS 4th day of January, 2012

_____ Judge   Div. H

Distribution: Petitioner
Crematory
File

I CERTIFY THAT A TRUE COPY OF THE FOREGOING ORDER/OR JUDGMENT WAS HANDED OR MAILED TO EACH ATTORNEY OF RECORD, THIS 4th DAY OF January, 20 11
VICKI (CRACE) RICE, CLERK
JOHNSON CIRCUIT CLERK
BY: _____ D.C.

P000000035

04-JAN-2012 17:09   FROM-AOC OFFICE OF CRT                6052872573           T-417  P.001/001  F-586
                                                                                                p.2

| AOC-858        Doc. Code: PACD |        | Case No. 12-P-00001 |
| Rev. 5-10 |  |  |
| Page 1 of 1 |  | Court District |
| Commonwealth of Kentucky |  | County Johnson |
| Court of Justice, www.courts.ky.gov | | |

FILED
VICKI (CRACE) RICE
JAN 04 2012
JOHNSON CIRCUIT COURT CLERK
D.C.

IN RE:

[Decedent's full name (please print)]        Mark Joseph Girard

Comes the Petitioner, the person in charge of a licensed crematory authority, and moves the Court for a finding that in absence of an authorizing agent as defined in KRS 367.97501, the Court act as the authorizing agent and order the cremation of the decedent named above.

_____                01-07-2012
Signature of Petitioner                          Date

Crematory:

Address:  2201 Donna Drive, Paul Coffee Industrial Park
          Ashland, KY  41102

Telephone No.                    606-928-0650

## ORDER

IN RE: _____
            Decedent's full name (please print)

Petitioner:
            Crematory

☐ IT IS HEREBY ORDERED that the Crematory's request to permit the cremation of the decedent is ☐ granted
☐ denied.

SO ORDERED THIS _____ day of _____

                                                     _____
                                                     Judge        Div. _____

Distribution:  Petitioner
               Crematory
               File

P000000036

| AOC-858 | Doc. Code: PACD | | Case No. 12-P-0001 |
|---|---|---|---|
| Rev. 9-10 | | | Court DISTRICT |
| Page 1 of 1 | | | |
| Commonwealth of Kentucky | | PETITION BY CREMATORY TO AUTHORIZE CREMATION OF DECEDENT AND ORDER | County JOHNSON |
| Court of Justice www.courts.ky.gov | | | |
| KRS 367.97501 | | | |

IN RE: **MARK JOSEPH GIRARD**
Name of Decedent (please print)

Date of Death: **January 3, 2012**

*Decedent named Donna Caudill as Executrix of Estate (Court granting Petition due to next of kin being Decedent's ex-wife and not qualifying as authorizing agent (per statute).*

Comes the Petitioner, the person in charge of a licensed crematory authority, and moves the Court for a finding that in absence of an authorizing agent as defined in KRS 367.97501, the Court act as the authorizing agent and order the cremation of the decedent named above.

*See Separate Petition*

_____
Signature of Petitioner

Crematory:

Address: ___

**FILED**
Date
VICKI (CRACE) RICE
JAN 0 4 2012
JOHNSON CIRCUIT COURT CLERK
BY: _____ D.C.

RECEIVED
APR 15 2014

Telephone Number:

**ENTERED**
VICKI (CRACE) RICE
JAN 0 4 2012
JOHNSON CIRCUIT COURT CLERK
BY: _____ D.C.

## ORDER

IN RE: **MARK JOSEPH GIRARD**
Decedent's full name (please print)

Petitioner: **JOHN HARPER, TRI-STATE CREMATORY, 2201 Donna Drive, Ashland Ky**
Crematory **606-928-0650**

IT IS HEREBY ORDERED that the Crematory's request to permit the cremation of the decedent is ☑ granted ☐ denied.

SO ORDERED THIS **4th** day of **January**, **2012**

_____
Judge

Div. **H**

Distribution: Petitioner
Crematory
File

I CERTIFY THAT A TRUE COPY OF THE FOREGOING ORDER/OR JUDGMENT WAS HANDED OR MAILED TO EACH ATTORNEY OF RECORD, THIS **4th** DAY OF **January**, 20**11**
VICKI (CRACE) RICE, CLERK
JOHNSON CIRCUIT CLERK
BY: _____ D.C.

P000000035

04-JAN-2012 12:09 FROM-ADM OFFICE OF CRT 6052872573 T-417 P.001/001 F-596 P.2

AOC-858 Doc. Code: PACD
Rev. 9-10
Page 1 of 1

Commonwealth of Kentucky

Case No. 12-P-00001
Court. District
U.S._KY. Johnson

FILED
VICKI (CRACE) RICE
JAN 04 2012
JOHNSON CIRCUIT COURT CLERK
D.C.

IN RE: Mark Joseph Girard

Comes the Petitioner, the person in charge of a licensed crematory authority, and moves the Court for a finding that in absence of an authorizing agent as defined in KRS 367.97501, the Court act as the authorizing agent and order the cremation of the decedent named above.

_[signature]_
Signature of Petitioner

01-09-2012
Date

Crematory:

Address: 2201 Donna Drive, Paul Coffee Industrial Park
Ashland, KY 41102

_[signature]_
606-928-0650

## ORDER

IN RE: _____
Decedent's full name (please print)

Petitioner: _____
Crematory

☐ IT IS HEREBY ORDERED that the Crematory's request to permit the cremation of the decedent is ☐ granted ☐ denied.

SO ORDERED THIS _____ day of _____

_____
Judge    Div. _____

Distribution: Petitioner
Crematory
File

P000000036