# EXHIBIT I

GIRARD, MARK JOSEPH
ME-C 2012-002

COMMONWEALTH OF KENTUCKY
Justice Cabinet
OFFICE OF THE ASSOCIATE CHIEF MEDICAL EXAMINER
100 Sower Boulevard Suite 202
Frankfort, Kentucky 40601
(502) 564-4545

FINAL DIAGNOSIS

I. Smoke Inhalation Secondary to House Fire.

  A. Soot in trachea.
  B. Charring of body surfaces and organs.
  C. Carbon monoxide – 10.0% total hemoglobin.
  D. Red-pink discoloration of viscera and organs.
  E. Pugilistic attitude.
  F. Artifactual heat-related epidural hematoma.
  G. "Marlboro" cigarette wrappings present in body bag.

II. Multiple drug intoxication
  A. Postmortem Toxicology:
    1. Heart blood:
       1. Nordiazepam – 132 ng/mL.
       2. Hydrocodone – 117 ng/mL.
    2. Urine:
       1. Temazepam – 641 ng/mL.
       2. Nordiazepam – 476 ng/mL.
       3. Oxazepam – 1030 ng/mL.
       4. Hydrocodone – 1753 ng/mL.
       5. Hydromorphone – 1722 ng/mL.
    3. Vitreous negative for tested alcohols.

III. Identification by coroner

IV. Status Post Intramedullary Rod Placement of the Right Femur.

V. Hypertensive/Ischemic Heart Disease.
  A. Left ventricular hypertrophy.
  B. Nephrosclerosis.
  C. Coronary artery atherosclerosis.

VI. Nutmeg Liver.

VII. Cutaneous Tattoo

1

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

**OPINION:** Cause of death in this 59 year old white male, Mark Joseph Girard, is smoke inhalation secondary to a house fire.

**CODE:** E 898

3/13/2012
Date Signed

*Victoria Graham* M.D.
Medical Examiner

DATE PERFORMED: January 3, 2012
DATE COMPLETED: March 13, 2012
COUNTY OF JURISDICTION: Johnson

2

P000000019

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

## COMMONWEALTH OF KENTUCKY
### Justice Cabinet
### OFFICE OF THE ASSOCIATE CHIEF MEDICAL EXAMINER
100 Sower Boulevard Suite 202
Frankfort, Kentucky 40601
(502) 564-4545

Date: January 3, 2012

Name: Mark Joseph Girard

ME Case #: 2012-002

| To: Coroner Frisby | County Johnson | From: Victoria Graham, MD |
|---|---|---|

Recommended formulation for Parts I and II on Certification of Death:

| 25. TIME OF DEATH PRONOUNCED | 26. DATE PRONOUNCED DEAD (Month, Day, Year) | 27. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No) |
|---|---|---|
| 3:50 AM | 1-3-2012 | |

28. PART I. Enter the diseases, injuries, or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. SMOKE INHALATION
   DUE TO (OR AS A CONSEQUENCE OF:)

Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
b. HOUSE FIRE
   DUE TO (OR AS A CONSEQUENCE OF:)
c.
   DUE TO (OR AS A CONSEQUENCE OF:)
d.
   DUE TO (OR AS A CONSEQUENCE OF:)

Approximate interval between onset and death

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 28a. WAS AUTOPSY PERFORMED? | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF DEATH (Yes or No) |
|---|---|
| YES | |

| 29. MANNER OF DEATH | 30a. DATE OF INJURY | 30b. TIME OF INJURY | 30c. INJURY AT WORK (Yes or No) | 30d. DESCRIBE HOW INJURY OCCURRED. |
|---|---|---|---|---|
| ☐ Natural  ☐ Pending Investigation  ☒ Accident  ☐ Suicide  ☐ Undetermined  ☐ Homicide  ☐ Insufficient information provided | | 30e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | 30f. LOCATION (street and number or Rural Route number, City or Town) | |

3

P000000020

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

## POSTMORTEM EXAMINATION

## OF THE BODY OF

## MARK JOSEPH GIRARD

A postmortem examination of the body identified by the Johnson County Coroner as Mark Joseph Girard is performed at the Office of the Associate Chief Medical Examiner, Centralized Laboratory, Frankfort, Kentucky, entered on January 3, 2012, at 1:15 p.m. by Dr. Victoria Graham. Attendant is Mrs. Anne Davis.

### EXTERIOR OF THE BODY

The body is received wearing the charred remnants of a red sweatshirt. A charred white mattress pad is present within the body bag. A charred "MARLBORO" cigarettes wrapping is present within the body bag.

The body is that of a charred male appearing ageless secondary to thermal injury. The body has a residual weight of 161 pounds and a residual height of 54 ¼ inches.

The body is extensively charred with white skin present only on the left aspect of the chest, buttocks and posterolateral left thigh, left shoulder, posterior left arm and forearm. Facial features are not identifiable. The charred tongue extrudes through the mouth. The rib cage and right lung are visible of the chest. Skin and soft tissue are absent on the right anterolateral abdomen. The charred liver and intestines are visible. The external genitalia appear to be male. The extremities are present in a pugilistic attitude. On the left arm on intact skin is a tattoo of the words "HELLS KITCHEN NYC."

### EVIDENCE OF MEDICAL TREATMENT

None.

### INJURIES

Please see above-described external description.

### INTERIOR OF THE BODY

*All organs and soft tissues demonstrate varying degrees of red/pink discoloration.*

The remaining skin and soft tissue is reflected to reveal an abdominal cavity demonstrating multifocal areas of charring. No free fluid is present within the abdomen. The remaining pannus measures 1.5 cm. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. Anteriorly, the liver edge is sharp.

The mediastinum is midline. The right lung demonstrates focal areas of charring. There is no free fluid in either pleural space.

4

P000000021

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

## CARDIOVASCULAR

The heart is of the normal configuration and weighs 380 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers demonstrate left ventricular hypertrophy. The left ventricle measures 1.7 cm. The interventricular septum measures 1.5 cm. The right ventricular wall measures 0.2 cm. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of increased prominence. The chordae tendineae display shortening. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. The right coronary artery demonstrates approximately 50% stenosis. The left anterior descending and left circumflex arteries demonstrate approximately 10% stenosis. On section, the firm, brown myocardium is of normal consistency. No focus of scar or acute hemorrhage is demonstrated.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of antemortem clot.

## RESPIRATORY

The lungs are of the usual lobation and weigh 350 and 460 grams, right and left respectively. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes of the left lung. Charring is noted on the pleural surfaces of the right lung. The bronchi are of normal distribution and dimension. The main bronchi demonstrate soot deposition. There is no evidence of antemortem thromboemboli. On section, the pulmonary architecture is red/pink and congested. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER

The liver weighs 1020 grams. The capsule is intact and demonstrates charring. The liver edge is sharp. On section, the hepatic substance demonstrates a nutmeg appearance especially of the left lobe. The right lobe demonstrates cooking artifact.

The gallbladder contains no bile. Stone is not demonstrated. The gallbladder mucosa demonstrates cholesterolosis.

## PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, pink, soft substance. No focus of calcification is demonstrated.

## ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

5

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

## GENITOURINARY

The right kidney weighs 60 grams. The left kidney weighs 120 grams. The capsules are removed with difficulty to reveal granular, pitted renal surfaces. On section, the cortices and medullae are well-demarcated. No abnormality of the calyx, pelvis, cortex or medulla is demonstrated. The ureters are patent.

The bladder lumen contains approximately 10 ml of urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

## SPLEEN

The spleen weighs 120 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

## ALIMENTARY

The esophagus is intact. Its mucosa is present in normal longitudinal folds. The gastroesophageal junction is easily identified. The gastric wall is intact. The stomach is empty. The serosal surfaces of the stomach, small and large intestines demonstrate multifocal areas of charring.

## MUSCULOSKELETAL

Examination and palpation of the spine, ribs, shoulder girdle and pelvis fails to reveal fracture. Heat-related fractures are noted of the extremities bilaterally. A purple femoral rod is identified in the left femur. A star-like symbol and the letter "T," a number "71676560," and number "11FM09852" are imprinted on the rod. A gray screw has the numbers "06KT03050" and "80MM." A ring-like device has a star-like symbol and the letter "C," and a partially legible number. Photographs are taken of the metal hardware.

## NECK

The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and contain abundant amounts of soot. The vocal cords display no abnormality.

The tongue displays charring.

## THYROID

The thyroid gland demonstrates charring.

## HEAD

The calvarium is intact. Heat-related epidermal hematoma is identified. The brain is of normal convolutional pattern and weighs 1110 grams.

6

P000000023

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

DISPOSITION OF EVIDENCE

The following items are maintained at the OACME:

1) Photographic documentation
2) Diagrammatic documentation
3) Radiographic documentation
4) Tissue for stock and histology
5) A DNA standard card
6) Heart blood for short term storage

Heart blood, urine, and vitreous are submitted in a sealed kit to AIT Laboratories for toxicological analysis.

The clothing is returned with the body.

7

P000000024

*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

MICROSCOPIC

Trachea —Soot deposition

8

Mar 16 12 08:58a    J D Johnson Attorney    606-789-8551    p.8
*GIRARD, MARK JOSEPH*
*ME-C 2012-002*

P000000025



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 1850080 | Subject's Name: | GIRARD, MARK J |
|---|---|---|---|
| Client Account: | 12812 / SMEO01 | Agency Case #: | MEC2012-002 |
| Physician: | | Date of Death: | 01/03/2012 |
| Report To: | State Medical Examiner's Offic | Test Reason: | Other |
| | ATTN: J.R. Frisby | Investigator: | JR FRISBY |
| | 624 Little Mudlick Rd. | Date Received: | 01/09/2012 |
| | Staffordsville, KY 41256 | Date Reported: | 01/23/2012 |
| | FX: 606-297-4508 | | |

| Laboratory Specimen No: | 40263120 | Date Collected: | 01/03/2012 | |
|---|---|---|---|---|
| Container(s): 01:RTB Blood,HEART | | Test(s): | 70530 | Drugs of Abuse Panel, Blood |
| | | | 44060 | Carbon Monoxide |
| | | | 99310 | Forensic Info |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| » Investigator: | JR Frisby | | | | |
| » Pathologist: | Victoria Graham | | | | |
| » Submitting Official: | Victoria Graham | | | | |
| CARBON MONOXIDE | POSITIVE | | | | |
| CO, Quant | | 10.0 | % Total Hb | 0 - 5 | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Nordiazepam | POSITIVE | | | | |
| Nordiazepam, Quant | | 132 | ng/mL | 60 - 1800 | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | POSITIVE | | | | |
| Hydrocodone | POSITIVE | | | | |
| Hydrocodone, Quant | | 117 | ng/mL | 10 - 40 | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |

GIRARD, MARK J
Laboratory Case #: 1850080
Printed Date/Time: 01/23/2012, 10:56

Page: 1 of 4

P000000026



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

**Laboratory Specimen No:**   40263120          Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| BUPRENORPHINE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |

Specimens will be kept for one year from the date received.

GIRARD, MARK J
Laboratory Case #: 1850080
Printed Date/Time: 01/23/2012, 10:56

Page: 2 of 4

P000000027



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| | | | | |
|---|---|---|---|---|
| Laboratory Specimen No: 40263121 | | Date Collected: 01/03/2012 | | |
| Container(s): 01:UR  Urine, Random | | Test(s): 70080 | Drugs of Abuse Panel | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Temazepam | POSITIVE | | | | |
| Temazepam, Quant | | 641 | ng/mL | | |
| Nordiazepam | POSITIVE | | | | |
| Nordiazepam, Quant | | 476 | ng/mL | | |
| Oxazepam | POSITIVE | | | | |
| Oxazepam, Quant | | 1030 | ng/mL | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | POSITIVE | | | | |
| Hydrocodone | POSITIVE | | | | |
| Hydrocodone, Quant | | 1753 | ng/mL | | |
| Hydromorphone | POSITIVE | | | | |
| Hydromorphone, Quant | | 1722 | ng/mL | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |
| ALCOHOLS | Negative | | | | |

GIRARD, MARK J
Laboratory Case #: 1850080
Printed Date/Time: 01/23/2012, 10:56                                Page: 3 of 4

P000000028

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40263122 | Date Collected: | 01/03/2012 | |
|---|---|---|---|---|
| Container(s): | 01:VIT_CON Vitreous,EYE | Test(s): | 70570 | Autopsy Panel, Volatiles |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

GIRARD, MARK J
Laboratory Case #: 1850080
Printed Date/Time: 01/23/2012, 10:56

Page: 4 of 4

P000000029