Exhibit A

# WEINER LESNIAK LLP

## ATTORNEYS AT LAW
www.weinerlesniak.com

Jay V. Surgent, Esq.
A Member of the Firm

jsurgent@weinerlesniak.com
Direct Dial: 973-602-3867

October 17, 2014

**VIA FEDERAL EXPRESS**
Honorable Jack Conway
Attorney General
310 Whittington Parkway
Suite 101
Louisville, KY 40222

      Re:    Estate of Mark Joseph Girard
                Our File No. 21207

Dear Mr. Conway:

     Please be advised that my firm represents the interests of the Estate of Mark Girard in a matter that has been filed civilly with the United States District Court, Eastern District of Kentucky, Southern Division, Pikeville. We enclose a copy of the Complaint and all exhibits thereto. The Complaint alleges Racketeering based on alleged murder, arson, numerous counts of bank fraud, and other alleged federal and state crimes. We believe that the Complaint and the attachments thereto provide strong evidence that the defendants, or some of them, have violated several laws and may have committed the most heinous of crimes in the process. Consequently, we urge you to commence a special investigation into this matter to determine whether prosecution of some or all of the named defendants and/or others is appropriate under the circumstances.

     I can generally be reached at the above-referenced numbers or you may contact me via cell at 973-580-8042. In the event I am not available, you should also feel free to contact my law partner, Ronald A. Berutti at the above number.

     I thank you for your anticipated attention to this very important matter.

Very truly yours,
WEINER LESNIAK LLP

By: *Jay V. Surgent*
Jay V. Surgent, Esq.
A Member of the Firm

JVS/rp
Enclosure
cc:   Hon. Anna Melvin
       J. D. Johnson, Esq.
       David C. Stratton, Esq.
       Ronald A. Berutti, Esq.
       Victoria Laudien
       Michael Palmieri

848384_1

# WEINER | LESNIAK LLP

ATTORNEYS AT LAW
www.weinerlesniak.com

Jay V. Surgent, Esq.
A Member of the Firm

jsurgent@weinerlesniak.com
Direct Dial: 973-602-3867

October 17, 2014

**VIA FEDERAL EXPRESS**
Kerry B. Harvey, United States Attorney
Eastern District of Kentucky
260 West Vine Street, Suite 300
Lexington, KY 40507-1612

    Re:    Estate of Mark Joseph Girard
            Our File No. 21207

Dear Mr. Harvey:

    Please be advised that my firm represents the interests of the Estate of Mark Girard in a matter that has been filed civilly with the United States District Court, Eastern District of Kentucky, Southern Division, Pikeville. We enclose a copy of the Complaint and all exhibits therein. The Complaint alleges racketeering based on alleged murder, arson, numerous counts of bank fraud, and other alleged federal and state crimes. We believe that the Complaint and the attachments thereto provide strong evidence that the defendants, or some of them, have violated several laws and may have committed the most heinous of crimes in the process. Consequently, we urge you to commence a special investigation into this matter to determine whether prosecution of some or all of the named defendants and/or others is appropriate under the circumstances.

    I can generally be reached at the above-referenced numbers or you may contact me via cell at 973-580-8042. In the event I am not available, you should also feel free to contact my law partner, Ronald A. Berutti at the above number.

    I thank you for your anticipated attention to this very important matter.

Very truly yours,
WEINER LESNIAK LLP

By: _____
Jay V. Surgent, Esq.
A Member of the Firm

JVS/rp
Enclosure
cc:    Victoria Laudien
       Michael Palmieri
       J. D. Johnson, Esq.
       David C. Stratton, Esq.
       Ronald A. Berutti, Esq.

848378_1