Exhibit B

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION

PIKEVILLE

CIVIL ACTION NO. 7:14-cv-00147-ART

VICTORIA LAUDIAN, Individually and as Administratrix of the Estate of MARK GIRARD, deceased,

PLAINTIFFS

VS.

DONNA CAUDILL, TRACY BLAIR, a.k.a. TRACY SPEARS, LACY CROTHERS, a.k.a. LACY GRIM, a.k.a. LACY SPEARS, WILLIAM THOMAS CROTHERS, a.k.a. BILL TOM CROTHERS, and JOHN DOES 1-10 (said names being fictitious),

DEFENDANTS

Job No. NJ2014409

DEPONENT: J.R. FRISBY

DATE: MARCH 24, 2015

REPORTER: VINA MARIE SCHICKEL

Certified Transcript

Page 19

1  the only time I spoke with anyone about this.
2  Q    Have you spoken to Donna Caudill about this?
3  A    No, I haven't.
4  Q    So when did you make these notes?
5  A    The night of the fire. In the presence of Bob
6  Dixon and Tracy Blair and Donna.
7  Q    So did you know Tracy Blair as well?
8  A    No, I don't.
9  Q    Who else was present?
10 A    I believe that Tracy's -- she has a sister. I
11 don't know her name. She was there. One of the girls,
12 either Tracy or her sister was pregnant at the time,
13 ready -- almost ready to have the child, by, we were
14 told, Bill Tom Crothers. He was also there at the time.
15 Q    How come you didn't write their names down?
16 A    I have no idea.
17 Q    So was Tracy Blair's husband there?
18 A    If her husband was Bill Tom Crothers, he was.
19 Q    So you're certain the only man there was Bill
20 Tom Crothers other than you and Chief Dixon?
21 A    To my knowledge, yes.
22 Q    Were there any children?
23 A    I want to think so. I'm not positive.
24 Q    Okay. Do you know what time of the day you
25 were at the scene?

1  A   It was sometime that night after we had found
2  the body and later that same -- probably up in the
3  morning sometime. Well, it had to be the morning.
4  That's the time I got there.
5  Q   Early hours of the morning?
6  A   Yes.
7  Q   Probably before 6:00?
8  A   I would say so, yes.
9  Q   And you're certain Donna Caudill was there?
10 A   I believe she was.
11 Q   And that's why you wrote it down, right?
12 A   Yes.
13 Q   And Lacy Crothers was there, right?
14 A   Lacy?
15 Q   Lacy is the one who is married to Bill Tom
16 Crothers.
17 A   Okay. Yeah, there were two sisters there at
18 the time. One of them was heavy with child, ready to
19 have a child, I think almost that same time.
20 Q   And how is it that you ended up going to
21 Tracy's home?
22 A   I went with Chief Dixon. To the best of my
23 knowledge, he said, "We need to go up there. Someone
24 wants to tell us something they know."
25 Q   How long had you been at the scene prior to

1  were just referring to.
2              (EXHIBIT 5 MARKED FOR IDENTIFICATION)
3      A    Yes.
4      Q    Okay.  And this is the original toxicology
5  report?
6      A    Yes, it is.
7      Q    So what does this tell you about the
8  Nordiazipan?
9      A    Nordazepam?
10     Q    Nordazepam.  Thank you.
11     A    Okay.  The therapeutic level out to the right,
12 very far right.  Therapeutic range is zero to five.  I'm
13 sorry.  Therapeutic is 60 through 1800.  So his
14 quantation that he had was 132.  So that falls easily
15 within that level.  On the Nordazepam.  Down below that
16 on Hydrocodone, the far right hand.  The therapeutic
17 range is 10-40 so anything above 40 would be high.  His
18 range is 117.
19     Q    So that's high?
20     A    That's high.
21     Q    Now Hydrocodone is something that somebody
22 told you would likely be in his system, right?
23     A    Yes.
24     Q    And that was Frisby 3?
25     A    Yes.

1  Q    So he was pretty much three times the maximum
2  therapeutic level?
3  A    Yes.
4  Q    And what is the effect of Hydrocodone in terms
5  of wakefulness?
6  A    It's a pain killer. It's fast relief when
7  it's taken with other medications. It works so much
8  faster. It's more potent than it would be if it was
9  taken only by itself.
10 Q    Does it cause drowsiness?
11 A    Yes.
12 Q    How about Temazepam in the urine?
13 A    Okay. On the same page, page 1 of 4, the
14 first page that we looked at, Exhibit 5. Nordazepam,
15 the therapeutic range is 60 to 1800. Okay. But when
16 you turn the page on the urine and look at Nordazepam,
17 his level there was 476. When it was 132 in the heart
18 blood, it's 476 in the urine.
19 Q    What does that tell you?
20 A    You can -- you will get most time, not always,
21 you'll get a stronger sample or a better draw for the
22 drugs through your urine then you will blood. But if
23 you take 476 in the urine, 132 in the heart blood, and
24 like I say, this was also taken, mixed with other
25 medications in his system, when you mix all of that

together, you're just about in my opinion, the way I would say it, you're making a bomb for it all to work together. It all works together to just knock your lights out.

Q    So your impression of this combination of drugs was that Mark Girard's lights were knocked out?

A    In my opinion.

Q    Based upon your experience, training, education.

A    Yes.

Q    So we talked about Nordazepam.

A    Yes.

Q    And by the way, does Diazepam have a brand name that is associated with it typically?

A    Yes, I'm not sure what that is.

Q    Because Ambien was written down on Frisby 2.

A    Yes.

Q    Do you know what Ambien is?

A    No. It's a -- I know it's a downer. That's what I call something -- it will help you rest, help you sleep.

Q    Okay. So Temazepam, which is number one in the urine. On the coroner's final diagnosis report, which is Frisby 1.

A    Which one?

Page 39

    Q    Frisby 1. It's this document. It says here "Temazepam".
    A    Yeah, that's in the Valium family.
    Q    Okay. And what is a therapeutic dosage of Temazepam?
    A    60 to 1800.
    Q    So the 641 is within the therapeutic range?
    A    Yes, it is.
    Q    But in combination with other drugs, it's potent.
    A    Right.
    Q    How about Oxazepam? Number 3 on Frisby 1. What is the therapeutic?
    A    Therapeutic on Oxazepam is --
    Q    Oxazepam. It's different. Is that the same thing? Oxazepam and Oxyzepam?
    A    Yes, that's just the way I pronounce it. But yes it is.
    Q    All right.
    A    It's the same thing.
    Q    So what's the therapeutic dosage?
    A    It's not listing the therapeutic range.
    Q    By the way, this document that you're looking at, Frisby 4, right?
    A    Yes.

1  Q   This is a lab report.
2  A   Yes.
3  Q   The therapeutic ranges that are listed, are
4  these ranges provided in all lab reports when certain
5  drugs come back and it shows as being in someone's
6  system?
7  A   Yes.
8  Q   So typically you rely upon the therapeutic
9  ranges provided by the lab company, I guess, as being
10 accurate?
11 A   Yes.  Yes, we do.
12 Q   Hydrocodone.  We already went through that.
13 Now, we have 117 in this heart blood.
14 A   Yes.
15 Q   But 1753 in his urine.
16 A   Right.
17 Q   So?
18 A   The therapeutic range is 10-40 on the
19 therapeutic range and he had 1753 milligrams.
20 Q   That's a lot of Hydrocodone.
21 A   Millileters.  Yeah.  A lot.  A lot.
22 Q   Do you know, is that enough to kill somebody?
23 A   I'd have to let a lab technician or a
24 pathologist state that.  I know with a mixture.  When
25 you mix these together, these quantations that show the

     levels mixed together are probably enough to kill
     someone.  These levels are.
          Q    The ones that were in Mark Girard's system?
          A    Yes.  As a combination.
          Q    How about Hydromorphone?
          A    That is a different.  Hydrocodone,
     Hydromorphone comes from Hydrocodone.  It eventually in
     your system turns into Hydromorphone.
          Q    So he's got 1722 of Hydromorphone.
          A    Right.
          Q    So would that in your understanding,
     experience, training, would that indicate to you that he
     had a 1.722 Hydrocodone on top of what is listed?
          A    That's -- yes.
          Q    So he had something in the area of 1.
          A    1753, 1722.
          Q    Plus 117.
          A    Yes.
          Q    So roughly 3500 of Hydrocodone?
          A    When you add that together, that's what it
     come to.
          Q    Okay.  Highly toxic, right?
          A    Yes, very highly.
          Q    And when you were told by somebody that he
     might have Hydrocodone in his blood, did they tell you

1 that it was probably a highly toxic level of
2 Hydrocodone?
3    A    No. Not to my knowledge, they did not state
4 that.
5    Q    That would have been something you would have
6 written down?
7    A    Yes.
8    Q    So going back to the scene -- well, hold on a
9 minute. Let me finish going through your documents
10 here. I'm going to mark this Frisby 6. Did I miss 5?
11 So Frisby 6 is the death certificate, right?
12        (EXHIBIT 6 MARKED FOR IDENTIFICATION)
13    A    That's correct.
14    Q    And do you sign all death certificates as
15 coroner?
16    A    On coroner cases, yes.
17    Q    Now, it says that the immediate cause of death
18 is "smoke inhalation."
19    A    Right.
20    Q    Do you see that?
21    A    I do.
22    Q    Do you know why it was determined to be smoke
23 inhalation when you consider all the drugs that were in
24 the man's system?
25    A    That was a question that I had in my mind.