# EXHIBIT M

Page 1

Condensed
Transcript

1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF KENTUCKY

3              SOUTHERN DIVISION

4                 PIKEVILLE

5       CIVIL ACTION NO. 7:14-cv-00147-ART

6

7   VICTORIA LAUDIAN, Individually and as Administratrix of

8        the Estate of MARK GIRARD, deceased

9                  PLAINTIFFS

10

11                   VS.

12

13   DONNA CAUDILL, TRACY BLAIR, a.k.a. TRACY SPEARS, LACY

14   CROTHERS, a.k.a. LACY GRIM, a.k.a. LACY SPEARS, WILLIAM

15    THOMAS CROTHERS, a.k.a. BILL TOM CROTHERS, and

16     JOHN DOES 1-10 (said names being fictitious),

17                  DEFENDANTS

18

19

20

21

22   Job No. NJ2014409

23   DEPONENT:  P.D. WITTEN

24   DATE:      MARCH 24, 2015

25   REPORTER:  VINA MARIE SCHICKEL

Page 2

```
1          APPEARANCES
2
3 ON BEHALF OF THE PLAINTIFFS, VICTORIA LAUDIAN,
4 Individually and as Administratrix of the Estate of MARK
5 GIRARD, deceased:
6 RONALD A. BERUTTI, ESQ.
7 WEINER LESNIAK, L.L.P.
8 629 PARSIPPANY ROAD
9 PARSIPPANY, NJ 07054
10 TELEPHONE NO.: (973) 403-1100
11 FACSIMILE NO.: (973) 403-0010
12 EMAIL: rberutti@weinerlesniak.com
13
14 and
15
16 DAVID C. STRATTON
17 STRATTON LAW FIRM, P.S.C.
18 111 PIKE STREET
19 PIKEVILLE, KY 41502
20 TELEPHONE NO.: (606) 437-7800
21 FACSIMILE NO.: (606) 437-7569
22 EMAIL: dstratton@setel.com
23
24
25
```

Page 4

```
1               INDEX
2                              Page
3 PROCEEDINGS                    6
4 DIRECT EXAMINATION BY MR. BERUTTI      7
5 CROSS-EXAMINATION BY MR. LANE          39
6 REDIRECT EXAMINATION BY MR. STRATTON   42
7 RECROSS EXAMINATION BY MR. LANE        43
8 FURTHER REDIRECT EXAMINATION BY MR. STRATTON  44
9
10             EXHIBITS
11 Exhibit                        Page
12  1 KENTUCKY STATE POLICE REPORT DATED 01-03-10  13
13  2 PHOTO EXTINGUISHING FIRE           29
14  3 PHOTO EXTINGUISHING FIRE           30
15  4 PHOTO EXTINGUISHING FIRE           31
16  5 PHOTO EXTINGUISHING FIRE           32
17  6 PHOTO EXTINGUISHING FIRE           33
18  7 PHOTO EXTINGUISHING FIRE           34
19  8 PHOTO DURING FIRE - FRONT OF HOME    34
20  9 PHOTO AFTER FIRE - FRONT OF HOME     36
21 10 PHOTO OF MARK GIRARD'S ROOM - AFTER FIRE   37
22 11 PHOTO OF MARK GIRARD'S BED - AFTER FIRE   38
23 12 PHOTO OF MARK GIRARD'S BED - AFTER FIRE   38
24
25
```

Page 3

```
1        APPEARANCES (CONTINUED)
2
3 ON BEHALF OF THE DEFENDANT, DONNA CAUDILL:
4 JOSEPH LANE
5 PILLERSDORF, DEROSSETT & LANE
6 124 WEST COURT STREET
7 PRESTONSBURG, KY 41653
8 TELEPHONE NO.: (606) 886-6090
9 FACSIMILE NO.: (606) 886-6148
10 EMAIL: pillersn@bellsouth.net
11
12 ALSO PRESENT: ROSS COLLINS
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1             STIPULATION
2
3 The VIDEO deposition of P.D. WITTEN taken at STRATTON
4 LAW OFFICE, 111 PIKE STREET, PIKEVILLE, KENTUCKY, on
5 TUESDAY the 24TH day of MARCH, 2015 at approximately
6 9:00 A.M. Said deposition was taken pursuant to the
7 FEDERAL Rules of Civil Procedure. It is agreed that
8 VINA MARIE SCHICKEL, being a Notary Public and Court
9 Reporter for the State of INDIANA, may swear the
10 witness.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

1       PROCEEDINGS
2
3       VIDEOGRAPHER:  My name is Amy Yabao
4  representing Veritext Legal Solutions.  The date
5  today is March 23, 2015, and the time is
6  approximately 9:07 a.m.  This deposition is being
7  held at the Stratton Law Office located at 111 Pike
8  Street in Pikeville, Kentucky 41501 and is being
9  taken by counsel for the Plaintiff.  The caption of
10  this case is Victoria Laudian, as Administratrix of
11  the Estate of Mark Girard, deceased versus Donna
12  Caudill, et al.  This case is being held in the
13  United States District Court, Eastern District of
14  Kentucky, Southern Division, Case Number 7:14-CV-
15  00147-ART.  The name of the witness is P.D. Witten.
16  At this time, the attorneys present in the room and
17  everyone attending remotely will identify
18  themselves and the parties they represent.  Our
19  court reporter, Vina Schickel, representing
20  Veritext Legal Solutions, will then swear in the
21  witness and we can proceed.
22       MR. BERUTTI:  Ronald Berutti with the firm of
23  Weiner Lesniak on behalf of the Plaintiff, Victoria
24  Laudian.
25       MR. STRATTON:  David Stratton on behalf of the

Page 7

1  Plaintiff.
2       MR. COLLINS:  Ross Collins with Ron Berutti.
3       MR. LANE:  Joseph Lane, Pillersdorf, Derossett
4  & Lane for the Defendant, Donna Caudill.
5       COURT REPORTER: Mr. Witten, will you raise
6  your right hand?  Do you solemnly swear or affirm
7  that the testimony you are about to give will be
8  the truth, the whole truth and nothing but the
9  truth?
10       THE WITNESS:  Yes, I do.
11       COURT REPORTER:  Thank you.
12       DIRECT EXAMINATION
13  BY MR. BERUTTI:
14       Q   Good morning.  And is it Officer Witten?
15       A   I'm the Chief Deputy for the Martin County
16  Sheriff's Office.
17       Q   So how should I address you?
18       A   Just Paul Witten is my name.
19       Q   Okay, sir.
20       A   Or Mr. Witten or whatever you want to say.
21       Q   Okay, Mr. Witten.  Have you had your
22  deposition taken before, sir?
23       A   A couple times.
24       Q   Okay.  So you're probably familiar with the
25  procedure, I'll just scale through the basic rules.

Page 8

1  You're here pursuant to a subpoena.  The attorneys on
2  this side and my colleague over there we're here on
3  behalf of the Plaintiff and on behalf of the Defendant
4  is Mr. Lane.  I'm going to ask you a series of
5  questions.  It's being taken down by the court reporter
6  word for word in question and answer format.  It's going
7  to be put into a transcript and can be used at the time
8  of trial or Motion practice so even though we're in an
9  informal setting, it has the same force and effect as if
10  given in a court of law.  It is important therefore that
11  you do certain things.  Since it is being put into a
12  question/answer format, even though sometimes you think
13  you know where the question is going, I would ask you to
14  wait until I'm done asking my question before you start
15  giving an answer and I likewise will try to allow you to
16  give your full answer before I start asking a question.
17  That way the transcript is clear.  If I cut you off, let
18  me know.  I don't intend to cut you off.  I want you to
19  be able to give a full answer.  If I ask you a specific
20  date or time, distance, amount, number type thing and
21  you don't have the specifics, you can estimate or
22  approximate, just let us know that's what you're doing.
23  Because this is a fact gathering endeavor and guesses
24  are not facts but estimates and approximates are.  If
25  you answer with a specific, say March 24, then we'll

Page 9

1  just assume that's the accurate answer.  If you say it's
2  about March 24, we'll assume it's an estimation or
3  approximation, okay?
4       A   Understood.
5       Q   If at some time or another, there's an
6  objection raised to a question, I would ask you to stop
7  your answer, allow counsel to make the record and then
8  you can -- we'll instruct you how to proceed or we'll
9  rephrase the question.  If at some point or other also
10  if I ask you a question that you don't understand, let
11  me know you don't understand it.  I'll be glad to
12  rephrase it as many times as possible, okay?
13       A   Yes, sir.
14       Q   I'm going to ask you questions I have to ask
15  of every witness.  Are you under the influence of any
16  medication or any kind of substance or alcohol that can
17  prevent you from testifying truthfully or thinking
18  clearly?
19       A   No, sir.
20       Q   Okay.  Have you failed to take any medications
21  today that can affect your ability to testify or to
22  think cognitively?
23       A   No, sir.
24       Q   Okay.  I imagine the answer is "no", but have
25  you ever been convicted of a crime?

3 (Pages 6 - 9)

Page 10

1    A   No, sir.
2    Q   That's a good thing. All right. So can you
3  please give us the benefit of your educational
4  background, sir?
5    A   Yes, sir. I am 50 years old. I am currently
6  a certified Deputy Sheriff or the Chief Deputy for the
7  Martin County Sheriff's Office. I graduated the police
8  academy in August of 1991 and have been a certified
9  police officer since.
10    Q   And what departments have you worked in?
11    A   I've worked for the Paintsville City Police,
12  the Johnson County Sheriff's Office and now currently
13  the Martin County Sheriff's Office.
14    Q   And how long have you been with Martin County
15  Sheriff's Office?
16    A   January 5, 2015.
17    Q   And before working for the Martin County
18  Sheriff's Office, where were you?
19    A   I was at Paintsville City Police.
20    Q   How long were you at the Paintsville City
21  Police?
22    A   The first time I worked for the Paintsville
23  City Police, I started in 1991 and then on or about 2005
24  is when I went to the Johnson County Sheriff's Office.
25  I can't remember the exact date.

Page 11

1    Q   And then from 2005 -- so 2005 through when
2  were you at the Johnson County Sheriff's?
3    A   I was at Johnson County Sheriff's from around
4  2005 to 2010 and then back to the Paintsville City
5  Police.
6    Q   And you were with Paintsville from 2011-ish to
7  --
8    A   To --
9    Q   January --
10    A   January the 5th was my last day at the
11  Paintsville City Police also.
12    Q   And why did you leave the Paintsville Police?
13    A   I was offered the Chief Deputy job over here
14  in Martin County and I have a home here and we decided
15  -- my wife and I decided to move over here.
16    Q   Better situation?
17    A   Better situation for me.
18    Q   Okay. Where do you live?
19    A   I live at 7266 Rockcastle Road, Inez,
20  Kentucky. And the zip code is 41224.
21    Q   Do you know Donna Caudill?
22    A   I want to say if I saw her face again, I
23  probably would remember her but I can't put a face to
24  the name.
25    Q   Do you know Tracy Blair?

Page 12

1    A   Don't recall. I mean, I know the name but I
2  don't -- I can't put a face to the name.
3    Q   Do you know Lacy Crothers?
4    A   I've heard the name but I don't know her
5  personally.
6    Q   Do you know -- did you know Mark Girard?
7    A   I knew of Mark Girard, yes.
8    Q   How did you know of him?
9    A   I would see him out from time to time. He had
10  a -- he was in a wheelchair and you would see him out
11  and he would have a couple of dogs with him and wherever
12  he would go these two dogs would be with him. That's how
13  I knew Mark.
14    Q   Kind of the town character?
15    A   Not a character. He was, I mean, he just
16  didn't bother anybody. He was -- when you'd see him out
17  he would be going to like a local convenient store is
18  when I would notice him.
19    Q   Any convenience stores in particular that you
20  recall going or frequenting?
21    A   The one I want to recall is like the T&T
22  Tobacco Mart over there on Route 40 in Paintsville.
23    Q   Do you know Joe Blair?
24    A   No. No. No, sir. I don't think so.
25    Q   Do you know Rhonda Spears?

Page 13

1    A   I don't think so. No, sir.
2    Q   Do you know J.R. Frisby?
3    A   J.R. Frisby is our coroner. Or the coroner of
4  Johnson County.
5    Q   And how long have you known him?
6    A   Probably since I can -- I can recall or
7  remember speaking with him when I tried to get my first
8  police job and he helped me.
9    Q   Okay. Did you speak with anybody about --
10  strike that. Do you know what the purpose of your
11  deposition is today?
12    A   No, sir. Honestly I don't. I knew -- I read
13  my Subpoena and it's -- I recall going to the scene and
14  doing a death investigation and that's what I did.
15    Q   Okay. Did you speak to anybody about this at
16  all?
17    A   No, sir.
18    Q   I'm going to show what we marked as Witten 1
19  and ask you to take a look through and then when you're
20  done, let me know.
21        (EXHIBIT 1 MARKED FOR IDENTIFICATION)
22    A   This is my report that I did for the death
23  investigation.
24    Q   That's the death of Mark Girard?
25    A   Correct.

4 (Pages 10 - 13)

Page 14

1    Q   Do you have any independent recollection of
2  the events of that night?
3    A   I do. I was on duty -- I worked the night
4  shift that night. And I recall hearing the what I call
5  the tones for the fire department going off. We have
6  the same police radio frequency as we do at the fire
7  department. And I heard the fire department unit out
8  that there was a fire on State Street and that somebody
9  may be trapped inside of it. And I just went ahead and
10  rolled that way.
11    Q   Okay. So were you in the patrol car that
12  night?
13    A   I was.
14    Q   Okay.
15    A   I was in a marked unit.
16    Q   And do you recall where your patrol car was
17  when you received the call?
18    A   I want to -- no, sir. I don't want to
19  speculate on that.
20    Q   Were you first at the scene?
21    A   Yes, sir. I believe I was.
22    Q   Okay. So first of all, let me ask you a
23  couple of questions. I'm not familiar with these
24  reports and it indicates at the top, "Reported by a
25  Rhonda Richmond." Is Rhonda Richmond the person that

Page 15

1  called it in or a person who works for the police
2  department?
3    A   Rhonda Richmond, I'm wanting to say, sir,
4  lived right beside or was there when I got there. She
5  lived close to the area.
6    Q   So she's the person who called in the fire?
7    A   That's -- this is the person that I got -- it
8  was reported by. By phone.
9    Q   Okay. I just want to try to clarify on this.
10  On this cover page of the report.
11    A   Uh-huh.
12    Q   This isn't the person who wrote the report
13  page. It is the person who reported the incident to the
14  police or fire?
15    A   Correct. She probably called the dispatch.
16  That's what I'm thinking. That's the reason I have
17  that.
18    Q   And 1128 State Street, Paintsville. That
19  would be her address?
20    A   Correct.
21    Q   Okay. Phone number would be her phone number,
22  right?
23    A   788-0184. Yes, sir.
24    Q   Presumably?
25    A   Presumably, yes.

Page 16

1    Q   Okay. So the call -- do you know what time
2  this call came in?
3    A   It says, "Received on 03:46. Dispatched at
4  03:47. Arrived at 03:48 and cleared at 06:59."
5    Q   So this "Arrived at 3:48" is that you?
6    A   That's me.
7    Q   So you were there within two minutes?
8    A   Yes.
9    Q   All right. And I ask you to turn to the third
10  page. Do you see at the bottom I have bates numbers and
11  stamps so I'll refer to the pages to make it easier on
12  you.
13    A   Okay.
14    Q   So this is bate stamp P12 and this is your --
15  what is this? Why don't you tell me?
16    A   Basically, my investigation -- and I wrote
17  down exactly what I did when I got there. It says, "I,
18  Officer P.D. Witten was on duty when the Paintsville
19  Fire Department received a complaint that a house at
20  1132 State Street was on fire and someone was possibly
21  still inside the residence."
22    Q   That's what we just discussed, right?
23    A   Yes, sir.
24    Q   This is your -- you wrote this piece?
25    A   I did.

Page 17

1    Q   Okay. And this is all based upon your
2  personal knowledge, right?
3    A   This is what I did. I tried to go step by
4  step what I did.
5    Q   Okay. When did you make this report in
6  relation to the time that the -- you left the scene?
7    A   I started taking notes sort of mentally. I
8  started trying to recall what happened step by step and
9  as soon as I got into, you know, I cleared the scene at
10  this 06:59, I sat down in my patrol car and started
11  doing my report.
12    Q   Okay. Did you -- were you at the scene the
13  whole time?
14    A   I was there until 6:59.
15    Q   Okay. And after 6:59 was there a shift
16  change?
17    A   Yes, sir.
18    Q   So you left at 6:59?
19    A   Yes, sir. Chief of Police Holbrook, Bill
20  Holbrook, was there.
21    Q   So please describe the condition of the home
22  when you arrived there.
23    A   Heavy smoke. I recall seeing heavy smoke and
24  flames. Especially toward the -- facing the front of
25  the house like where the front door would be. I could

5 (Pages 14 - 17)

Page 18

1 see very heavy flames coming up toward the back. Heavy
2 smoke coming under the door and I go to the front door
3 because they said that the gentleman was possibly still
4 inside. So I couldn't see through the windows so I went
5 ahead and kicked the door to see if I could see him and
6 get him out.
7    Q    Now, were there flames coming out the front or
8 just smoke at that point?
9    A    There was smoke in the front.
10   Q    The flames were in the back?
11   A    Correct.
12   Q    Okay. At some point that changed?
13   A    Yes, sir. It did very quickly.
14   Q    How quickly did -- strike that. At some point
15 was the entire house consumed in flames?
16   A    Yes.
17   Q    And how long from the time you got there
18 approximately until the whole house was consumed in
19 flames?
20   A    Sir, I'm afraid to estimate or guess. But
21 now, I started taking photographs with my camera during
22 this event. I started taking pictures when I got there
23 and I don't know if Chief has brought you or if you have
24 the pictures for it, I took these. But you can see
25 pictures of it at various stages.

Page 19

1    Q    I have photographs. We'll go through them.
2    A    That's what I'm trying to recall. Okay.
3    Q    I was just trying to see what your independent
4 recollection is first.
5    A    Yes.
6    Q    So you tried to kick in the door. Were you
7 successful in kicking in the door?
8    A    Yes. Yes.
9    A    And --
10   A    Smoke was so heavy I could just barely see
11 maybe six inches off the floor. It was really thick,
12 black smoke and I could not see anyone there. So I had
13 to back up because it was -- the heat was so bad. And I
14 stopped at that point.
15   Q    How soon after you arrived did the fire
16 department arrive, to the best of your recollection?
17   A    Best of my recollection, it was just moments.
18   Q    And do you know who from the fire department
19 was there?
20   A    I don't recall.
21   Q    Would that be contained in the report?
22   A    Paintsville Fire Department. There was so
23 many different firemen there. I really don't recall
24 which ones were there.
25   Q    Do you recall approximately how many trucks

Page 20

1 were there?
2    A    I want to -- I know they've got two pumpers.
3 I'm pretty sure there was two.
4    Q    So what did you do then after you tried to
5 kick the door in?
6    A    I started going -- that's when I went back to
7 my car and I got my camera out.
8    Q    It indicates here that you went door to door
9 trying to evacuate residents.
10   A    Yes.
11   Q    Is that right?
12   A    Yes.
13   Q    Did you get your camera out before then or
14 after?
15   A    I got my camera out after that.
16   Q    Okay. So -- Shane Cantrell. He's another
17 officer, right?
18   A    Yes, sir. He was an officer that was on duty
19 at the time.
20   Q    And how soon after you arrived did he arrive
21 approximately?
22   A    I'm wanting to say maybe two to three minutes.
23   Q    Was he there when you were trying to kick the
24 door in?
25   A    No.

Page 21

1    Q    Okay. So what happened when Officer Cantrell
2 arrived?
3    A    He and I both started going to the houses
4 surrounding where Mr. Girard's home was that was on fire
5 and tried to notify other residents in case the fire got
6 out of control.
7    Q    What -- was it all strictly on State Street
8 that you went?
9    A    Yes. It would be like a house to the left and
10 to the right and then it would have been one to the back
11 of the home that we went to.
12   Q    Were residents coming out?
13   A    Yes, sir.
14   Q    So how long did it take you to evacuate
15 residents roughly?
16   A    Maybe five, ten minutes tops.
17   Q    And it says in the report, look in the middle
18 here to make it easier for you.
19   A    Okay.
20   Q    "Chief Bob Dixon arrived."
21   A    Uh-huh.
22   Q    Do you see that?
23   A    He did.
24   Q    It says, "Chief Bob Dixon arrived on scene and
25 assumed instant command at 4:09 hours."

6 (Pages 18 - 21)

Page 22

1    A   Yes, sir.

2    Q   So by assuming command, he's now going to

3  direct everybody in terms of what to do?

4    A   He's the fire chief, yes.

5    Q   Okay. He's the fire chief.

6    A   That would be the fire chief. That was when I

7  -- when he showed up, he's in charge.

8    Q   So this says, "I then began talking to

9  residents to see if they observed or heard any type of

10 disturbance at 1132 State Street." Where did you have

11 conversations with residents?

12   A   In the street. In the main -- right there on

13 State Street. In front of -- just, I don't want to say

14 in front of the fire but it was back to a secured area

15 maybe 20 feet, 25 feet.

16   Q   Were there any cars that had come up?

17   A   The step-daughter is the one I recall -- I

18 guess, it would have been Tracy Blair. The one that

19 approached me -- had approached me.

20   Q   Did she approach you on foot?

21   A   Yes, sir.

22   Q   Okay. So we'll get to that in one moment. So

23 other people -- do you recall speaking to anybody else?

24   A   I think I contacted my chief and that's

25 basically what I recall.

Page 23

1    Q   Okay. So how soon after Chief Holbrook, Chief

2  Dixon arrived as you say, did -- which was 4:09 hours,

3  approximately how soon after that did you speak to Tracy

4  Blair?

5    A   Estimate? I'm wanting to say maybe ten

6  minutes. Ten to fifteen minutes.

7    Q   Okay. And she came up to you?

8    A   Approached me.

9    Q   Was she with anybody else?

10   A   I don't recall.

11   Q   Did she have a baby with her?

12   A   I don't recall.

13   Q   Do you know if her husband was with her?

14   A   Sir, I really don't recall.

15   Q   Okay. What was her state?

16   A   Very upset. I want to say that she was -- I

17 don't want to say that she was under duress, but I would

18 say it was kind of a -- like she was crying. Concern.

19   Q   Were you able to understand her when she

20 spoke?

21   A   Yes. But just -- it was just like when she

22 would try to talk to me it was in between cries. So to

23 speak.

24   Q   So what did she tell you?

25   A   Okay. This is what she -- I wrote down what

Page 24

1  she said. "I was approached by Mark Girard's step-

2  daughter, Tracy Blair. She lives at the address of 1004

3  Maple Street, Paintsville, Kentucky. Telephone number.

4  States that Donna Caudill at 238 Brooks Holly Road,

5  Staffordsville, had given Mr. Girard a bath and helped

6  put him -- helped put him to around." I was trying to

7  put -- let's see. States that, "Donna Caudill had given

8  Mr. Girard a bath and helped put him -- it's supposed to

9  be to bed -- around 21:00 hours."

10   Q   That's when she told you she put him to bed?

11   A   Yes.

12   Q   And at 21:00 hours, that's --

13   A   That would be 9:00.

14   Q   9:00 military time. Okay. So --

15   A   And then she said that she likes to smoke in

16 bed. She made the statement that he liked to smoke in

17 bed. And I did not ask that question. She just said

18 that.

19   Q   Did you think it was odd that she just said it

20 without you asking?

21   A   The whole -- honestly, the whole time I felt

22 like something was a little odd, off. I'm, you know,

23 I'm not accusing anybody of anything but it just -- I

24 just thought that things were a little off.

25   Q   Why is that?

Page 25

1    A   I guess from my, I want to call it my gut

2  feeling, from my experiences. I didn't feel like the

3  situation was right. But, I mean, I may be completely

4  wrong.

5    Q   Okay. Can you -- do you have any more

6  particulars in terms of why you felt that way?

7    A   I just -- it just the way that -- especially

8  after the fire was over and finding, you know, Mr.

9  Girard with going through this with the corner, J.R.

10 Frisby. It just felt a little off to me. The

11 situation.

12   Q   And did her coming -- Tracy Blair coming to

13 speak to you, did that feel off?

14   A   It did. Because in the back of my mind it

15 just kind of threw up a little -- like a warning so to

16 speak.

17   Q   Was it --

18   A   A question. It made me question what she was

19 saying.

20   Q   Why did you question it?

21   A   Personally, I just didn't know if that was an

22 appropriate thing to say at this point.

23   Q   And you -- did you write it down in the report

24 because you thought it was strange?

25   A   I did.

7 (Pages 22 - 25)

Page 26

1    Q   If you didn't think it was strange, you
2  wouldn't have written it in the report?
3    A   I would have written it, but it sticks out to
4  me more or less.
5    Q   So you wanted to try to make it as complete as
6  possible for the report?
7    A   I did the best I could.
8    Q   Were you -- did you have any inclination at
9  that point or thoughts at that point that maybe Tracy
10  Blair knew more than she was telling you?
11    A   No, sir. I did not.
12    Q   Okay. Did you ever, at any point, go to Tracy
13  Blair's house?
14    A   No, sir.
15    Q   Do you even know where her house is?
16    A   No, sir.
17    Q   Did you go to anybody's house with the
18  coroner?
19    A   No, sir. When I left the scene, the coroner
20  was still on the scene.
21    Q   Do you know if Tracy Blair came in a car or
22  came on foot?
23    A   I don't recall, sir. I know she approached me
24  on foot.
25    Q   Were there any cars that you saw in the area

Page 27

1  that were told to leave?
2    A   I don't recall that.
3    Q   Did you ask her how come -- how she knew that
4  her mother had been there the night before?
5    A   No, sir. I did not. I just wrote down. Like
6  I said, I was taking mental notes and then trying to
7  recall what was said afterward to put in my report.
8    Q   And then did she call herself his step-
9  daughter?
10    A   Yes.
11    Q   She said, "I'm Mark Girard's step-daughter."
12    A   That was the reason I wrote that. That was
13  what she said.
14    Q   You didn't know what her relationship was with
15  Mark Girard?
16    A   No. I don't know.
17    Q   Did she tell you that she worked for Mr.
18  Girard?
19    A   No.
20    Q   It indicates that the coroner arrived at 5:40.
21  That's Mr. Frisby, correct?
22    A   Yes, sir.
23    Q   And at that point, you began taking pictures?
24    A   I did.
25    Q   You took pictures of the body or were you

Page 28

1  taking pictures of the house?
2    A   I was taking pictures of the whole -- trying
3  to take in the whole situation.
4    Q   Now, I'm going to ask you to turn to page P16.
5  And this is a report of Officer Cantrell.
6    A   Yes, sir.
7    Q   Were you with him when he made this report?
8    A   No.
9    Q   So you didn't make your reports together?
10    A   No.
11    Q   Now, it indicates in this report that he and
12  you assisted the firefighters to pull the hoses from the
13  trucks. Do you recall that?
14    A   Yes, sir. I do. I didn't put that in my
15  narrative but that is true.
16    Q   Okay. And it says then that the crowd
17  control. Is that -- what was it?
18    A   Crowd control was a lot of the residents were
19  out and we had to keep them back to a certain area.
20    Q   To keep them safe?
21    A   In case, you know, something else happened.
22    Q   Approximately how many people were there?
23    A   Are you talking about the firemen too?
24    A   No, just the crowd.
25    A   The crowd? Estimate? I want to say maybe 20,

Page 29

1  30 people.
2    Q   And other than Tracy Blair, did anyone come up
3  to volunteer any information to you?
4    A   No, sir.
5    Q   So within minutes, the house was consumed in
6  flames?
7    A   That's true, yes.
8    Q   And the fire department was spraying the house
9  with water?
10    A   Correct.
11    Q   Soaking the whole house?
12    A   Yes.
13    Q   Would it be fair to say that any piece of
14  paper in that house likely would have burned?
15    A   Yes, I would -- I'm not a fireman, but yes.
16    Q   And if the paper wasn't burned, it probably
17  would have been soaked in water?
18    A   Correct. Anything in that house would be wet
19  that was left.
20    Q   What was left of the house when it was done?
21    A   Not much.
22    Q   Yeah. I believe this is Witten 2.
23        (EXHIBIT 2 MARKED FOR IDENTIFICATION)
24    Q   Of course I don't have color copies of these
25  for you. So if you would take a look at the color copy

8 (Pages 26 - 29)

Page 30

1  then I'd like to ask you some questions. Here's a black
2  and white for you. So I'm going to show you what's been
3  marked as Witten 2. And is that a photograph that you
4  took?
5      A    Yes, sir.
6      Q    Is that one of your early photographs?
7      A    That was after the firemen arrived and they
8  were doing their job.
9      Q    Okay. So by the time you started taking
10 photographs, the whole house was in flames?
11     A    Pretty much. Pretty much, yes.
12     Q    Okay. So in this photograph, Witten 2 --
13 could you just put it down so I can see because I can't
14 see.
15     A    Okay. I apologize.
16     Q    You see a lot of smoke in the front and you
17 see some flames coming out of the back. It's also
18 pretty lit up in this area here. So in the front of the
19 house there were flames and in the back of the house
20 there were flames; is that right?
21     A    Correct.
22     Q    Okay. I'm showing you what's been marked as
23 Witten 3. Is that another photograph you took?
24          (EXHIBIT 3 MARKED FOR IDENTIFICATION)
25     A    Yes, sir.

Page 31

1      Q    And what does that photograph show?
2      A    I tried to step back and take in as much of
3  the house as I could. Of the smoke -- the way the smoke
4  was coming out through the front door and like the
5  windows and the sides and then up toward the eaves of
6  the house.
7      Q    And is this a fire hose, I guess?
8      A    Yes, sir. You have a couple fire hoses here
9  actually. One, two, three and then four.
10     Q    What's this yellow piece down here?
11     A    That is like -- on all most fire trucks, the
12 yellow part here, like when they have the ladders on the
13 side of the truck, there's a cover on the back that kind
14 of shows where the firemen, I guess, where they back the
15 trucks up so they don't hit the ladder.
16     Q    I see.
17     A    And it's got like a little cover over it.
18     Q    I'm showing you what we marked Witten 4. And
19 can you tell us what that shows?
20          (EXHIBIT 4 MARKED FOR IDENTIFICATION)
21     A    Yes.
22     Q    What does that show?
23     A    That shows the house. This -- I took it from
24 another angle and this is like when the fire was really.
25 What I was trying to do with these pictures was try to

Page 32

1  show where the fire was coming from.
2      Q    And where was the fire coming from?
3      A    Just all -- it just came from everywhere. It
4  was like it was from everywhere. And I could only get
5  to certain areas to get -- I couldn't get very close
6  because of the heat.
7      Q    Do you know who that fireman is by the way?
8      A    No, I can't tell who it is, sir.
9      Q    So if facing the house, that is to the left of
10 the house, I guess?
11     A    Uh-huh.
12     Q    Yes? You have to answer verbally.
13     A    Yes, I'm sorry. Yes.
14     Q    That's the one instruction I didn't give you.
15 There's always one I miss.
16     A    I apologize.
17     Q    My apologies. I didn't give you the
18 instruction. You have to answer verbally.
19     A    Yes.
20     Q    Nods of the head can't be taken down.
21     A    I understand.
22     Q    I'm showing you what is marked as Witten 5.
23 And can you describe what is seen in that photograph?
24          (EXHIBIT 5 MARKED FOR IDENTIFICATION)
25     A    Again, this was another photo. I guess it was

Page 33

1  -- I want to say it was like when the fire was
2  progressing. I was just trying to take it at various
3  times.
4      Q    Over what period of time were you taking the
5  photographs? Within a couple of minutes? Within an
6  hour?
7      A    I'd say within -- I want to estimate maybe 15
8  tops -- 10 to 15 tops. Because everything happened
9  very, very fast. Very quickly.
10     Q    Were you concerned there may be some kind of
11 accelerant in the house that made it light up so
12 quickly?
13     A    I don't know anything about that, no. I was
14 concerned that there might be gas lines. I didn't know.
15 That was concerning to me. Because a lot of those older
16 homes that's how they heat those homes there.
17     Q    Okay. I'm showing you Witten 6.
18          (EXHIBIT 6 MARKED FOR IDENTIFICATION)
19     A    I also may have taken that picture. Yes, sir.
20     Q    Mr. Witten, let me ask the question first,
21 okay. Describe what we're looking at in this picture.
22     A    This is another photograph that I had taken
23 during the fire itself. And this one shows the fire --
24 I can see two firemen in this picture towards the back
25 of the home fighting the fire.

9 (Pages 30 - 33)

Page 34

1   Q   Can you identify the firemen?

2   A   No.

3   Q   I'm going to show you what's been marked as
4   Witten 7. Can you please describe for us what we're
5   looking at?

6       (EXHIBIT 7 MARKED FOR IDENTIFICATION)

7   A   Yes, sir. This is also another photograph
8   that I have taken of the home during the fire itself.
9   And this is basically the one that I can think of
10  specifically, recalling when the fire was really coming
11  through the front with the heat of the home.

12  Q   So that's the house completely engulfed in
13  flames?

14  A   That's true.

15  Q   Okay. This is taken from the right of the
16  house, right side of the house?

17  A   I stepped back. Yes, sir. And taken that.
18  Out in the street.

19  Q   Okay. From the street?

20  A   From the street.

21  Q   I'm showing you what is marked as Witten 8.
22  Can you describe for us what we're looking at?

23      (EXHIBIT 8 MARKED FOR IDENTIFICATION)

24  A   Yes, sir. This is another photograph that I
25  had taken at the scene. I was standing in the street

Page 35

1   and this was another one showing that the house was
2   fully engulfed.

3   Q   So flames are coming out of the right side of
4   the house and the left side of the house facing the
5   house, correct?

6   A   It's like it -- from what I recall, I noticed,
7   like I said before, the back, the very back of the home
8   is where I noticed the main fire. And the smoke was
9   through the front. But it was like it spread forward.
10  The fire spread -- came forward.

11  Q   Came forward?

12  A   To the front door. Towards the front door.

13  Q   Approximately how high in the sky were those
14  flames?

15  A   Estimate? In my opinion, maybe 10 to 15 feet
16  in the front.

17  Q   Above the roof?

18  A   Above the roof.

19  Q   Okay. And that's an estimate based upon your
20  experience and training?

21  A   From what I've -- from what I have seen. Yes,
22  sir.

23  Q   Okay. And was it that high all along the roof
24  line or just up in the front there?

25  A   I noticed -- I want to say that I recall right

Page 36

1   there in the very front toward the eave is where in
2   noticed a lot of the heavy flame.

3   Q   I'm showing you what's been marked as Witten
4   9. Please describe for us what it is you're looking at.

5       (EXHIBIT 9 MARKED FOR IDENTIFICATION)

6   A   Yes, sir. This is another photo that I had
7   taken from the road. This is -- as you can tell, it
8   looks like the fire is out at this point. I was just
9   trying to take a picture of the scene after the fire was
10  extinguished.

11  Q   So what was left standing in the house?

12  A   The -- mostly the side walls in the front.
13  There was a lot gone. Very -- a whole lot of it in the
14  very back was gone.

15  Q   How long did it take to extinguish the fire
16  approximately?

17  A   I want to say maybe an hour and a half, two.
18  Estimate.

19  Q   So from the time you started taking pictures
20  to the time you finished, is more than 15 minutes; is
21  that fair to say?

22  A   That's true.

23  Q   Have you taken all long -- the whole time
24  frame?

25  A   I tried to take pictures as I went through

Page 37

1   when I could. When I was stopped doing, you know, when
2   I'd come through and I'd take pictures. Like if I had
3   to talk to somebody and keep them back for crowd
4   control. And then I would try to step back and take
5   another picture.

6   Q   I'm showing you what's been marked as Witten
7   10. That's obviously after the fire, right?

8       (EXHIBIT 10 MARKED FOR IDENTIFICATION)

9   A   Yes, sir.

10  Q   So did you go into what was left of the
11  residence after the fire and take photographs?

12  A   I did.

13  Q   What does that photograph show?

14  A   This picture would be like the area where Mr.
15  Girard was -- his bedroom would be.

16  Q   So he was -- is that his body in the back?

17  A   I'm assuming this is what was left of Mr.
18  Girard.

19  Q   So this area is his bedding, is that it?

20  A   That is -- yes, sir. That is what, in my
21  opinion, that's where he was asleep -- lying at or
22  sleeping at.

23  Q   Did you actually see the body or was it
24  covered?

25  A   I saw what I thought was human remains.

Page 38

1 Q I'm showing you what is marked as Witten 11.
2 Would you please describe for us what we're looking at
3 in that photo?
4 (EXHIBIT 11 MARKED FOR IDENTIFICATION)
5 A Yes, sir. That is our Johnson County Coroner,
6 Mr. J.R. Frisby. And I was trying to take photographs
7 as he was doing his investigation.
8 Q Okay. And what was the purpose, to your
9 knowledge, of his investigation?
10 A To determine, I'm sure anything a coroner
11 does, is to determine the facts of the death.
12 Q Was -- were you in the front of the house as
13 well afterward?
14 A I think -- I never went inside the front. I
15 never went inside the area that was still standing
16 because there was so much smoke in it.
17 Q Did you go to the scene afterwards? Next day
18 or anything?
19 A I drove by, saw that it was secured. I never
20 did step foot back on it because it was roped off
21 basically.
22 Q Got ya. I'm showing you what's been marked as
23 Witten 12. Can you describe for us what it is we're
24 looking at?
25 (EXHIBIT 12 MARKED FOR IDENTIFICATION)

Page 39

1 A Again, sir. This is another photograph. The
2 reason I had taken this is I believed that to be human
3 remains in this area right here.
4 Q What specifically are you looking at? What do
5 you see as human remains?
6 A This area right here I'm thinking -- it's like
7 a circular area right there.
8 Q So right about where this stick is --
9 A Across where this -- there's a stick here and
10 I'm thinking -- this is what I'm thinking is the
11 remains.
12 Q Did you discuss the case or the fire with
13 anybody else at any point?
14 A No, sir.
15 MR. BERUTTI: I have nothing further.
16 CROSS-EXAMINATION
17 BY MR. LANE:
18 Q Hi, Mr. Witten. You've heard before. My name
19 is Joseph Lane. I have a few questions for you.
20 A Yes, sir.
21 Q You talked to other people at the scene, did
22 you not?
23 A Yes.
24 Q Beside Tracy Blair? I assume you talked to
25 neighbors.

Page 40

1 A Yes, sir. I think I -- you know, getting
2 people to step out of their homes I did.
3 Q Okay. Did you ask -- did you ask them any
4 questions or did they tell you anything about, you know,
5 that would have contributed to your investigation about
6 when Mr. Girard was there or anything like that?
7 A No. No, sir. I was -- at that point I was
8 kind of concerned with getting the people out of their
9 homes and making sure, you know, that nobody else was
10 hurt.
11 Q Right. The -- okay. Do you ever talk to Mr.
12 Frisby about what his findings or anything like that?
13 A No, sir.
14 Q So basically, correct me because I don't want
15 to put words in your mouth, once Mr. Frisby got on the
16 scene, you kind of handed the death investigation off to
17 him?
18 A Yes, sir.
19 Q Because he's the coroner --
20 A Yes, sir.
21 Q And that's the guy in charge.
22 A Yes.
23 Q I note that this report has the word "Draft"
24 on it. Do you know why it has "Draft" on it?
25 MR. STRATTON: Object to form. You can

Page 41

1 answer.
2 Q Exhibit 1, that's correct. I'm sorry.
3 A No, sir. I do not. I can't answer that.
4 Q Okay. As far as you're concerned, the report
5 that you gave that you did is final?
6 A Yes.
7 Q Was there a time that it became final? When
8 you initially did it and then a period of time? I mean,
9 what's the procedure for how it becomes final?
10 A What I did is submit, I type up the report and
11 then I submit it and then the supervisors look over the
12 report. And I basically will not see the report again
13 unless I need to pull it out of my file.
14 Q Okay. Who is your supervisor?
15 A At this point, Chief Bill Holbrook was.
16 Q Okay. All right. You've identified 11
17 pictures?
18 A Yes, sir.
19 Q Can you tell us what order you took those in?
20 A No, sir. I wish I could.
21 Q Okay.
22 A I hate to say, "Yes, this is first. This is
23 second." I'm really not sure.
24 Q You just know you took --
25 A I know I took those pictures.

11 (Pages 38 - 41)

1   Q   I mean, yeah, I know. I'm not debating that.
2   I just wondered if there was any way you could identify
3   which is first, which is second. Tracking the
4   progression of the fire or anything like that.
5   A   The only thing I can say, sir, is the ones
6   toward the end would be the ones with the heavy fire and
7   the smoke were.
8   Q   Right. And that would be the only way you
9   would be able to tell?
10   A   That would be how I could understand it.
11   Q   And obviously the ones where there's no fire
12   and just smoke are after the fire has been put out,
13   right?
14   A   Yes, sir.
15   Q   Okay. All right. That's all I have.
16        REDIRECT EXAMINATION
17   BY MR. STRATTON:
18   Q   Just a couple points of clarification. So the
19   photographs that just show smoke, those are toward the
20   end, correct?
21   A   Correct.
22   Q   You started taking -- strike that. By the
23   time you started taking photographs, the house was
24   engulfed in flames?
25   A   Yes.

1   Q   And of course, the last photographs the fire
2   has been completely extinguished?
3   A   Yes.
4   Q   Okay. When you first arrived -- I'm going to
5   show you again Witten 2. When you first arrived, the
6   flames were only in the back, correct?
7   A   The left -- I'm sorry, the right back of the
8   residence.
9   Q   And this photograph is what the left back?
10   A   This would be -- I'm sorry. I'm looking at
11   this wrong. The left back is when I arrived and saw
12   that, yes.
13   Q   Now, from that photograph you can't -- strike
14   that. That photograph, although it doesn't show it, the
15   front was also engulfed in flames at the time you took
16   it?
17   A   There was fire inside the home coming forward
18   into the house.
19        MR. STRATTON: Okay. Thank you.
20        RECROSS EXAMINATION
21   BY MR. LANE:
22   Q   And just so we're very clear, when you say
23   "left", you're talking about standing in the street,
24   looking at the house?
25   A   I'm standing in the street facing the front

1   door of the residence and it would be the left, rear
2   back left.
3        MR. LANE: Okay. That's all I have.
4        FURTHER REDIRECT EXAMINATION
5   BY MR. STRATTON:
6   Q   Actually, one other question. Was there a dog
7   outside?
8   A   There was a couple of dogs I noticed in the
9   neighborhood, yes.
10   Q   Do you know if they were Mark Girard's dogs?
11   A   No.
12   Q   Where were they?
13   A   I did not -- I don't know where the dogs were
14   going.
15   Q   You said they were in the neighborhood. Were
16   they in the backyard, were they --
17   A   They were running around.
18   Q   In the street?
19   A   Yes.
20   Q   Were they barking and upset kind of thing?
21   A   I don't recall. I really don't. I can't say
22   that. I don't know.
23        MR. SRTATTON: Nothing further. Thank you
24   very much.
25        MR. LANE: No more.

1        VIDEOGRAPHER: The time is 9:53 and this
2   concludes our deposition.
3        (DEPOSITION CONCLUDED AT 9:53 A.M.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

12 (Pages 42 - 45)

Page 46

```
 1        CERTIFICATE OF REPORTER
 2        STATE OF INDIANA
 3
 4     I do hereby certify that the witness in the
 5 foregoing transcript was taken on the date, and at the
 6 time and place set out on the Title page here of by me
 7 after first being duly sworn to testify the truth, the
 8 whole truth, and nothing but the truth; and that the
 9 said matter was recorded stenographically and
10 mechanically by me and then reduced to type written form
11 under my direction, and constitutes a true record of the
12 transcript as taken, all to the best of my skill and
13 ability. I certify that I am not a relative or employee
14 of either counsel, and that I am in no way interested
15 financially, directly or indirectly, in this action.
16
17
18
19
20
21 VINA MARIE SCHICKEL,
22 COURT REPORTER/ NOTARY
23 MY COMMISSION EXPIRES ON: 09/17/2022
24 SUBMITTED ON: 04/04/2015
25
```

13 (Page 46)

[& - attorneys]

**&**

**&**  3:5 7:4

**0**

**00147**  1:5 6:15
**01-03-10**  4:12
**03:46**  16:3
**03:47**  16:4
**03:48**  16:4
**04/04/2015**  46:24
**06:59**  16:4 17:10
**07054**  2:9
**09/17/2022**  46:23

**1**

**1**  4:12 13:18,21 41:2
**1-10**  1:16
**10**  4:21 33:8 35:15
  37:7,8
**1004**  24:2
**11**  4:22 38:1,4 41:16
**111**  2:18 5:4 6:7
**1128**  15:18
**1132**  16:20 22:10
**12**  4:23 38:23,25
**124**  3:6
**13**  4:12
**15**  33:7,8 35:15
  36:20
**1991**  10:8,23

**2**

**2**  4:13 29:22,23 30:3
  30:12 43:5
**20**  22:15 28:25
**2005**  10:23 11:1,1,4
**2010**  11:4
**2011**  11:6
**2015**  1:24 5:5 6:5
  10:16
**21:00**  24:9,12
**23**  6:5
**238**  24:4
**24**  1:24 8:25 9:2
**24th**  5:5

**25**  22:15
**29**  4:13

**3**

**3**  4:14 30:23,24
**30**  4:14 29:1
**31**  4:15
**32**  4:16
**33**  4:17
**34**  4:18,19
**36**  4:20
**37**  4:21
**38**  4:22,23
**39**  4:5
**3:48**  16:5

**4**

**4**  4:15 31:18,20
**40**  12:22
**403-0010**  2:11
**403-1100**  2:10
**41224**  11:20
**41501**  6:8
**41502**  2:19
**41653**  3:7
**42**  4:6
**43**  4:7
**437-7569**  2:21
**437-7800**  2:20
**44**  4:8
**4:09**  21:25 23:2

**5**

**5**  4:16 10:16 32:22
  32:24
**50**  10:5
**5:40**  27:20
**5th**  11:10

**6**

**6**  4:3,17 33:17,18
**606**  2:20,21 3:8,9
**629**  2:8
**6:59**  17:14,15,18

**7**

**7**  4:4,18 34:4,6
**7266**  11:19
**788-0184**  15:23
**7:14**  1:5 6:14

**8**

**8**  4:19 34:21,23
**886-6090**  3:8
**886-6148**  3:9

**9**

**9**  4:20 36:4,5
**973**  2:10,11
**9:00**  5:6 24:13,14
**9:07**  6:6
**9:53**  45:1,3

**a**

**a.k.a.**  1:13,14,14,15
**a.m.**  5:6 6:6 45:3
**ability**  9:21 46:13
**able**  8:19 23:19 42:9
**academy**  10:8
**accelerant**  33:11
**accurate**  9:1
**accusing**  24:23
**action**  1:5 46:15
**address**  7:17 15:19
  24:2
**administratrix**  1:7
  2:4 6:10
**affect**  9:21
**affirm**  7:6
**afraid**  18:20
**afterward**  27:7
  38:13
**agreed**  5:7
**ahead**  14:9 18:5
**al**  6:12
**alcohol**  9:16
**allow**  8:15 9:7
**amount**  8:20
**amy**  6:3
**angle**  31:24

**answer**  8:6,12,15,16
  8:19,25 9:1,7,24
  32:12,18 41:1,3
**anybody**  12:16 13:9
  13:15 22:23 23:9
  24:23 39:13
**anybody's**  26:17
**apologies**  32:17
**apologize**  30:15
  32:16
**appearances**  2:1 3:1
**approach**  22:20
**approached**  22:19
  22:19 23:8 24:1
  26:23
**appropriate**  25:22
**approximate**  8:22
**approximately**  5:5
  6:6 18:18 19:25
  20:21 23:3 28:22
  35:13 36:16
**approximates**  8:24
**approximation**  9:3
**area**  15:5 22:14
  26:25 28:19 30:18
  37:14,19 38:15 39:3
  39:6,7
**areas**  32:5
**arrive**  19:16 20:20
**arrived**  16:4,5 17:22
  19:15 20:20 21:2,20
  21:24 23:2 27:20
  30:7 43:4,5,11
**art**  1:5 6:15
**asking**  8:14,16
  24:20
**asleep**  37:21
**assisted**  28:12
**assume**  9:1,2 39:24
**assumed**  21:25
**assuming**  22:2
  37:17
**attending**  6:17
**attorneys**  6:16 8:1

**august**  10:8

**b**

**baby**  23:11
**back**  11:4 18:1,10 19:13 20:6 21:10 22:14 25:14 28:19 30:17,19 31:2,13,14 33:24 34:17 35:7,7 36:14 37:3,4,16 38:20 43:6,7,9,11 44:2
**background**  10:4
**backyard**  44:16
**bad**  19:13
**barely**  19:10
**barking**  44:20
**based**  17:1 35:19
**basic**  7:25
**basically**  16:16 22:25 34:9 38:21 40:14 41:12
**bate**  16:14
**bates**  16:10
**bath**  24:5,8
**bed**  4:22,23 24:9,10 24:16,17
**bedding**  37:19
**bedroom**  37:15
**began**  22:8 27:23
**behalf**  2:3 3:3 6:23 6:25 8:3,3
**believe**  14:21 29:22
**believed**  39:2
**bellsouth.net**  3:10
**benefit**  10:3
**berutti**  2:6 4:4 6:22 6:22 7:2,13 39:15
**best**  19:16,17 26:7 46:12
**better**  11:16,17
**bill**  1:15 17:19 41:15
**black**  19:12 30:1
**blair**  1:13 11:25 12:23 22:18 23:4

24:2 25:12 26:10,21 29:2 39:24
**blair's**  26:13
**bob**  21:20,24
**body**  27:25 37:16,23
**bother**  12:16
**bottom**  16:10
**brooks**  24:4
**brought**  18:23
**burned**  29:14,16

**c**

**c**  2:16
**call**  14:4,17 16:1,2 25:1 27:8
**called**  15:1,6,15
**camera**  18:21 20:7 20:13,15
**cantrell**  20:16 21:1 28:5
**caption**  6:9
**car**  14:11,16 17:10 20:7 26:21
**cars**  22:16 26:25
**case**  6:10,12,14 21:5 28:21 39:12
**caudill**  1:13 3:3 6:12 7:4 11:21 24:4,7
**certain**  8:11 28:19 32:5
**certificate**  46:1
**certified**  10:6,8
**certify**  46:4,13
**change**  17:16
**changed**  18:12
**character**  12:14,15
**charge**  22:7 40:21
**chief**  7:15 10:6 11:13 17:19 18:23 21:20,24 22:4,5,6 22:24 23:1,1 41:15
**circular**  39:7
**city**  10:11,19,20,23 11:4,11

**civil**  1:5 5:7
**clarification**  42:18
**clarify**  15:9
**clear**  8:17 43:22
**cleared**  16:4 17:9
**clearly**  9:18
**close**  15:5 32:5
**code**  11:20
**cognitively**  9:22
**colleague**  8:2
**collins**  3:12 7:2,2
**color**  29:24,25
**come**  22:16 27:3 29:2 37:2
**coming**  18:1,2,7 21:12 25:12,12 30:17 31:4 32:1,2 34:10 35:3 43:17
**command**  21:25 22:2
**commission**  46:23
**complaint**  16:19
**complete**  26:5
**completely**  25:3 34:12 43:2
**concern**  23:18
**concerned**  33:10,14 40:8 41:4
**concerning**  33:15
**concluded**  45:3
**concludes**  45:2
**condition**  17:21
**constitutes**  46:11
**consumed**  18:15,18 29:5
**contacted**  22:24
**contained**  19:21
**continued**  3:1
**contributed**  40:5
**control**  21:6 28:17 28:18 37:4
**convenience**  12:19
**convenient**  12:17
**conversations**  22:11

**convicted**  9:25
**copies**  29:24
**copy**  29:25
**corner**  25:9
**coroner**  13:3,3 26:18,19 27:20 38:5 38:10 40:19
**correct**  13:25 15:15 15:20 18:11 27:21 29:10,18 30:21 35:5 40:14 41:2 42:20,21 43:6
**counsel**  6:9 9:7 46:14
**county**  7:15 10:7,12 10:13,14,17,24 11:2 11:3,14 13:4 38:5
**couple**  7:23 12:11 14:23 31:8 33:5 42:18 44:8
**course**  29:24 43:1
**court**  1:1 3:6 5:8 6:13,19 7:5,11 8:5 8:10 46:22
**cover**  15:10 31:13 31:17
**covered**  37:24
**cries**  23:22
**crime**  9:25
**cross**  4:5 39:16
**crothers**  1:14,15,15 12:3
**crowd**  28:16,18,24 28:25 37:3
**crying**  23:18
**currently**  10:5,12
**cut**  8:17,18
**cv**  1:5 6:14

**d**

**date**  1:24 6:4 8:20 10:25 46:5
**dated**  4:12
**daughter**  22:17 24:2 27:9,11

[david - frisby]

**david** 2:16 6:25
**day** 5:5 11:10 38:17
**death** 13:14,22,24
  38:11 40:16
**debating** 42:1
**deceased** 1:8 2:5
  6:11
**decided** 11:14,15
**defendant** 3:3 7:4
  8:3
**defendants** 1:17
**department** 14:5,7,7
  15:2 16:19 19:16,18
  19:22 29:8
**departments** 10:10
**deponent** 1:23
**deposition** 5:3,6 6:6
  7:22 13:11 45:2,3
**deputy** 7:15 10:6,6
  11:13
**derossett** 3:5 7:3
**describe** 17:21
  32:23 33:21 34:4,22
  36:4 38:2,23
**determine** 38:10,11
**different** 19:23
**direct** 4:4 7:12 22:3
**direction** 46:11
**directly** 46:15
**discuss** 39:12
**discussed** 16:22
**dispatch** 15:15
**dispatched** 16:3
**distance** 8:20
**district** 1:1,2 6:13
  6:13
**disturbance** 22:10
**division** 1:3 6:14
**dixon** 21:20,24 23:2
**dog** 44:6
**dogs** 12:11,12 44:8
  44:10,13
**doing** 8:22 13:14
  17:11 30:8 37:1
  38:7

**donna** 1:13 3:3 6:11
  7:4 11:21 24:4,7
**door** 17:25 18:2,2,5
  19:6,7 20:5,8,8,24
  31:4 35:12,12 44:1
**draft** 40:23,24
**drove** 38:19
**dstratton** 2:22
**duly** 46:7
**duress** 23:17
**duty** 14:3 16:18
  20:18

**e**

**early** 30:6
**easier** 16:11 21:18
**eastern** 1:2 6:13
**eave** 36:1
**eaves** 31:5
**educational** 10:3
**effect** 8:9
**either** 46:14
**email** 2:12,22 3:10
**employee** 46:13
**endeavor** 8:23
**engulfed** 34:12 35:2
  42:24 43:15
**entire** 18:15
**especially** 17:24
  25:7
**esq** 2:6
**estate** 1:8 2:4 6:11
**estimate** 8:21 18:20
  23:5 28:25 33:7
  35:15,19 36:18
**estimates** 8:24
**estimation** 9:2
**et** 6:12
**evacuate** 20:9 21:14
**event** 18:22
**events** 14:2
**everybody** 22:3
**exact** 10:25
**exactly** 16:17

**examination** 4:4,5,6
  4:7,8 7:12 39:16
  42:16 43:20 44:4
**exhibit** 4:11 13:21
  29:23 30:24 31:20
  32:24 33:18 34:6,23
  36:5 37:8 38:4,25
  41:2
**exhibits** 4:10
**experience** 35:20
**experiences** 25:2
**expires** 46:23
**extinguish** 36:15
**extinguished** 36:10
  43:2
**extinguishing** 4:13
  4:14,15,16,17,18

**f**

**face** 11:22,23 12:2
**facing** 17:24 32:9
  35:4 43:25
**facsimile** 2:11,21
  3:9
**fact** 8:23
**facts** 8:24 38:11
**failed** 9:20
**fair** 29:13 36:21
**familiar** 7:24 14:23
**far** 41:4
**fast** 33:9
**federal** 5:7
**feel** 25:2,13
**feeling** 25:2
**feet** 22:15,15 35:15
**felt** 24:21 25:6,10
**fictitious** 1:16
**fifteen** 23:6
**fighting** 33:25
**file** 41:13
**final** 41:5,7,9
**financially** 46:15
**finding** 25:8
**findings** 40:12

**finished** 36:20
**fire** 4:13,14,15,16,17
  4:18,19,20,21,22,23
  14:5,6,7,8 15:6,14
  16:19,20 19:15,18
  19:22 21:4,5 22:4,5
  22:6,14 25:8 29:8
  31:7,8,11,24 32:1,2
  33:1,23,23,25 34:8
  34:10 35:8,10 36:8
  36:9,15 37:7,11
  39:12 42:4,6,11,12
  43:1,17
**firefighters** 28:12
**fireman** 29:15 32:7
**firemen** 19:23 28:23
  30:7 31:14 33:24
  34:1
**firm** 2:17 6:22
**first** 10:22 13:7
  14:20,22 19:4 33:20
  41:22 42:3 43:4,5
  46:7
**five** 21:16
**flame** 36:2
**flames** 17:24 18:1,7
  18:10,15,19 29:6
  30:10,17,19,20
  34:13 35:3,14 42:24
  43:6,15
**floor** 19:11
**foot** 22:20 26:22,24
  38:20
**force** 8:9
**foregoing** 46:5
**form** 40:25 46:10
**format** 8:6,12
**forward** 35:9,10,11
  43:17
**four** 31:9
**frame** 36:24
**frequency** 14:6
**frequenting** 12:20
**frisby** 13:2,3 25:10
  27:21 38:6 40:12,15

[front - l.l.p.]

**front**  4:19,20 17:24
   17:25 18:2,7,9
   22:13,14 30:16,18
   31:4 34:11 35:9,12
   35:12,16,24 36:1,12
   38:12,14 43:15,25
**full**  8:16,19
**fully**  35:2
**further**  4:8 39:15
   44:4,23

**g**

**gas**  33:14
**gathering**  8:23
**gentleman**  18:3
**getting**  40:1,8
**girard**  1:8 2:5 6:11
   12:6,7 13:24 24:5,8
   25:9 27:15,18 37:15
   37:18 40:6
**girard's**  4:21,22,23
   21:4 24:1 27:11
   44:10
**give**  7:7 8:16,19
   10:3 32:14,17
**given**  8:10 24:5,7
**giving**  8:15
**glad**  9:11
**go**  12:12 17:3 18:2
   19:1 26:12,17 37:10
   38:17
**going**  8:4,6,13 9:14
   12:17,20 13:13,18
   14:5 20:6 21:3 22:2
   25:9 28:4 30:2 34:3
   43:4 44:14
**good**  7:14 10:2
**graduated**  10:7
**grim**  1:14
**guess**  18:20 22:18
   25:1 31:7,14 32:10
   32:25
**guesses**  8:23
**gut**  25:1

**guy**  40:21

**h**

**half**  36:17
**hand**  7:6
**handed**  40:16
**happened**  17:8 21:1
   28:21 33:8
**hate**  41:22
**head**  32:20
**heard**  12:4 14:7
   22:9 39:18
**hearing**  14:4
**heat**  19:13 32:6
   33:16 34:11
**heavy**  17:23,23 18:1
   18:1 19:10 36:2
   42:6
**held**  6:7,12
**helped**  13:8 24:5,6,8
**hi**  39:18
**high**  35:13,23
**hit**  31:15
**holbrook**  17:19,20
   23:1 41:15
**holly**  24:4
**home**  4:19,20 11:14
   17:21 21:4,11 33:25
   34:8,11 35:7 43:17
**homes**  33:16,16 40:2
   40:9
**honestly**  13:12
   24:21
**hose**  31:7
**hoses**  28:12 31:8
**hour**  33:6 36:17
**hours**  21:25 23:2
   24:9,12
**house**  16:19 17:25
   18:15,18 21:9 26:13
   26:15,17 28:1 29:5
   29:8,11,14,18,20
   30:10,19,19 31:3,6
   31:23 32:9,10 33:11
   34:12,16,16 35:1,4

35:4,5 36:11 38:12
   42:23 43:18,24
**houses**  21:3
**huh**  15:11 21:21
   32:11
**human**  37:25 39:2,5
**hurt**  40:10
**husband**  23:13

**i**

**identification**  13:21
   29:23 30:24 31:20
   32:24 33:18 34:6,23
   36:5 37:8 38:4,25
**identified**  41:16
**identify**  6:17 34:1
   42:2
**imagine**  9:24
**important**  8:10
**inches**  19:11
**incident**  15:13
**inclination**  26:8
**independent**  14:1
   19:3
**index**  4:1
**indiana**  5:9 46:2
**indicates**  14:24 20:8
   27:20 28:11
**indirectly**  46:15
**individually**  1:7 2:4
**inez**  11:19
**influence**  9:15
**informal**  8:9
**information**  29:3
**initially**  41:8
**inside**  14:9 16:21
   18:4 38:14,15 43:17
**instant**  21:25
**instruct**  9:8
**instruction**  32:14,18
**intend**  8:18
**interested**  46:14
**investigation**  13:14
   13:23 16:16 38:7,9
   40:5,16

**ish**  11:6

**j**

**j.r.**  13:2,3 25:9 38:6
**january**  10:16 11:9
   11:10
**job**  1:22 11:13 13:8
   30:8
**joe**  12:23
**john**  1:16
**johnson**  10:12,24
   11:2,3 13:4 38:5
**joseph**  3:4 7:3 39:19

**k**

**keep**  28:19,20 37:3
**kentucky**  1:2 4:12
   5:4 6:8,14 11:20
   24:3
**kick**  19:6 20:5,23
**kicked**  18:5
**kicking**  19:7
**kind**  9:16 12:14
   23:18 25:15 31:13
   33:10 40:8,16 44:20
**knew**  12:7,13 13:12
   26:10 27:3
**know**  8:13,18,22
   9:11 11:21,25 12:1
   12:3,4,6,6,8,23,25
   13:2,10,20 16:1
   17:9 18:23 19:18
   20:2 23:13 24:22
   25:8,21 26:15,21,23
   27:14,16 28:21 32:7
   33:13,14 37:1 40:1
   40:4,9,24 41:24,25
   42:1 44:10,13,22
**knowledge**  17:2
   38:9
**known**  13:5
**ky**  2:19 3:7

**l**

**l.l.p.**  2:7

Page 5

[lacy - person]

**lacy** 1:13,14,14 12:3
**ladder** 31:15
**ladders** 31:12
**lane** 3:4,5 4:5,7 7:3
7:3,4 8:4 39:17,19
43:21 44:3,25
**laudian** 1:7 2:3 6:10
6:24
**law** 2:17 5:4 6:7
8:10
**leave** 11:12 27:1
**left** 17:6,18 21:9
26:19 29:19,20 32:9
35:4 36:11 37:10,17
43:7,9,11,23 44:1,2
**legal** 6:4,20
**lesniak** 2:7 6:23
**light** 33:11
**liked** 24:16
**likes** 24:15
**likewise** 8:15
**line** 35:24
**lines** 33:14
**lit** 30:18
**little** 24:22,24 25:10
25:15 31:17
**live** 11:18,19
**lived** 15:4,5
**lives** 24:2
**local** 12:17
**located** 6:7
**long** 10:14,20 13:5
18:17 21:14 36:15
36:23
**look** 13:19 21:17
29:25 41:11
**looking** 33:21 34:5
34:22 36:4 38:2,24
39:4 43:10,24
**looks** 36:8
**lot** 28:18 30:16
33:15 36:2,13,13
**lying** 37:21

**m**

**main** 22:12 35:8
**making** 40:9
**maple** 24:3
**march** 1:24 5:5 6:5
8:25 9:2
**marie** 1:25 5:8
46:21
**mark** 1:8 2:4 4:21
4:22,23 6:11 12:6,7
12:13 13:24 24:1
27:11,15 44:10
**marked** 13:18,21
14:15 29:23 30:3,22
30:24 31:18,20
32:22,24 33:18 34:3
34:6,21,23 36:3,5
37:6,8 38:1,4,22,25
**mart** 12:22
**martin** 7:15 10:7,13
10:14,17 11:14
**matter** 46:9
**mean** 12:1,15 25:3
41:8 42:1
**mechanically** 46:10
**medication** 9:16
**medications** 9:20
**mental** 27:6
**mentally** 17:7
**middle** 21:17
**military** 24:14
**mind** 25:14
**minutes** 16:7 20:22
21:16 23:6,6 29:5
33:5 36:20
**moment** 22:22
**moments** 19:17
**morning** 7:14
**mother** 27:4
**motion** 8:8
**mouth** 40:15
**move** 11:15

**n**

**name** 6:3,15 7:18
11:24 12:1,2,4
39:18
**names** 1:16
**narrative** 28:15
**need** 41:13
**neighborhood** 44:9
44:15
**neighbors** 39:25
**never** 38:14,15,19
**night** 14:2,3,4,12
27:4
**nj** 2:9
**nj2014409** 1:22
**nods** 32:20
**notary** 5:8 46:22
**note** 40:23
**notes** 17:7 27:6
**notice** 12:18
**noticed** 35:6,8,25
36:2 44:8
**notify** 21:5
**number** 6:14 8:20
15:21,21 24:3
**numbers** 16:10

**o**

**object** 40:25
**objection** 9:6
**observed** 22:9
**obviously** 37:7
42:11
**odd** 24:19,22
**offered** 11:13
**office** 5:4 6:7 7:16
10:7,12,13,15,18,24
**officer** 7:14 10:9
16:18 20:17,18 21:1
28:5
**okay** 7:19,21,24 9:3
9:12,20,24 11:18
13:9,15 14:11,14,22
15:9,21 16:1,13
17:1,5,12,15 18:12

19:2 20:16 21:1,19
22:5,22 23:1,7,15
23:25 24:14 25:5
26:12 28:16 30:9,12
30:15,22 33:17,21
34:15,19 35:19,23
38:8 40:3,11 41:4
41:14,16,21 42:15
43:4,19 44:3
**old** 10:5
**older** 33:15
**once** 40:15
**ones** 19:24 42:5,6,11
**opinion** 35:15 37:21
**order** 41:19
**outside** 44:7

**p**

**p.d.** 1:23 5:3 6:15
16:18
**p.s.c.** 2:17
**p12** 16:14
**p16** 28:4
**page** 4:2,11 15:10
15:13 16:10 28:4
46:6
**pages** 16:11
**paintsville** 10:11,19
10:20,22 11:4,6,11
11:12 12:22 15:18
16:18 19:22 24:3
**paper** 29:14,16
**parsippany** 2:8,9
**part** 31:12
**particular** 12:19
**particulars** 25:6
**parties** 6:18
**patrol** 14:11,16
17:10
**paul** 7:18
**people** 22:23 28:22
29:1 39:21 40:2,8
**period** 33:4 41:8
**person** 14:25 15:1,6
15:7,12,13

[personal - scale]

personal 17:2
personally 12:5
  25:21
phone 15:8,21,21
photo 4:13,14,15,16
  4:17,18,19,20,21,22
  4:23 32:25 36:6
  38:3
photograph 30:3,12
  30:23 31:1 32:23
  33:22 34:7,24 37:13
  39:1 43:9,13,14
photographs 18:21
  19:1 30:6,10 33:5
  37:11 38:6 42:19,23
  43:1
picture 33:19,21,24
  36:9 37:5,14
pictures 18:22,24,25
  27:23,25 28:1,2
  31:25 36:19,25 37:2
  41:17,25
piece 16:24 29:13
  31:10
pike 2:18 5:4 6:7
pikeville 1:4 2:19
  5:4 6:8
pillersdorf 3:5 7:3
pillersn 3:10
place 46:6
plaintiff 6:9,23 7:1
  8:3
plaintiffs 1:9 2:3
please 10:3 17:21
  34:4 36:4 38:2
point 9:9 18:8,12,14
  19:14 25:22 26:9,9
  26:12 27:23 36:8
  39:13 40:7 41:15
points 42:18
police 4:12 10:7,9
  10:11,19,21,23 11:5
  11:11,12 13:8 14:6
  15:1,14 17:19

possible 9:12 26:6
possibly 16:20 18:3
practice 8:8
present 3:12 6:16
prestonsburg 3:7
presumably 15:24
  15:25
pretty 20:3 30:11,11
  30:18
prevent 9:17
probably 7:24 11:23
  13:6 15:15 29:16
procedure 5:7 7:25
  41:9
proceed 6:21 9:8
proceedings 4:3 6:1
progressing 33:2
progression 42:4
public 5:8
pull 28:12 41:13
pumpers 20:2
purpose 13:10 38:8
pursuant 5:6 8:1
put 8:7,11 11:23
  12:2 24:6,6,7,8,10
  27:7 28:14 30:13
  40:15 42:12

q

question 8:6,12,13
  8:14,16 9:6,9,10
  24:17 25:18,18,20
  33:20 44:6
questions 8:5 9:14
  14:23 30:1 39:19
  40:4
quickly 18:13,14
  33:9,12

r

radio 14:6
raise 7:5
raised 9:6
rberutti 2:12
read 13:12

really 19:11,23
  23:14 31:24 34:10
  41:23 44:21
rear 44:1
reason 15:16 27:12
  39:2
recall 12:1,20,21
  13:6,13 14:4,16
  17:8,23 19:2,20,23
  19:25 22:17,23,25
  23:10,12,14 26:23
  27:2,7 28:13 35:6
  35:25 44:21
recalling 34:10
received 14:17 16:3
  16:19
recollection 14:1
  19:4,16,17
record 9:7 46:11
recorded 46:9
recross 4:7 43:20
redirect 4:6,8 42:16
  44:4
reduced 46:10
refer 16:11
relation 17:6
relationship 27:14
relative 46:13
remains 37:25 39:3
  39:5,11
remember 10:25
  11:23 13:7
remotely 6:17
rephrase 9:9,12
report 4:12 13:22
  15:10,12 17:5,11
  19:21 21:17 25:23
  26:2,6 27:7 28:5,7
  28:11 40:23 41:4,10
  41:12,12
reported 14:24 15:8
  15:13
reporter 1:25 5:9
  6:19 7:5,11 8:5 46:1
  46:22

reports 14:24 28:9
represent 6:18
representing 6:4,19
residence 16:21
  37:11 43:8 44:1
residents 20:9 21:5
  21:12,15 22:9,11
  28:18
rhonda 12:25 14:25
  14:25 15:3
richmond 14:25,25
  15:3
right 7:6 10:2 15:4
  15:22 16:9,22 17:2
  20:11,17 21:10
  22:12 25:3 30:20
  34:15,16 35:3,25
  37:7 39:3,6,7,8
  40:11 41:16 42:8,13
  42:15 43:7
road 2:8 11:19 24:4
  36:7
rockcastle 11:19
rolled 14:10
ron 7:2
ronald 2:6 6:22
roof 35:17,18,23
room 4:21 6:16
roped 38:20
ross 3:12 7:2
roughly 21:15
route 12:22
rules 5:7 7:25
running 44:17

s

safe 28:20
sat 17:10
saw 11:22 26:25
  37:25 38:19 43:11
saying 25:19
says 16:3,17 21:17
  21:24 22:8 28:16
scale 7:25

[scene - thank]

scene  13:13 14:20
  17:6,9,12 21:24
  26:19,20 34:25 36:9
  38:17 39:21 40:16
schickel  1:25 5:8
  6:19 46:21
second  41:23 42:3
secured  22:14 38:19
see  12:9,10,16 16:10
  18:1,4,5,5,24 19:3
  19:10,12 21:22 22:9
  24:7 30:13,14,16,17
  31:16 33:24 37:23
  39:5 41:12
seeing  17:23
seen  32:23 35:21
series  8:4
set  46:6
setel.com  2:22
setting  8:9
shane  20:16
sheriff  10:6
sheriff's  7:16 10:7
  10:12,13,15,18,24
  11:2,3
shift  14:4 17:15
show  13:18 30:2
  31:1,22 32:1 34:3
  37:13 42:19 43:5,14
showed  22:7
showing  30:22
  31:18 32:22 33:17
  34:21 35:1 36:3
  37:6 38:1,22
shows  31:14,19,23
  33:23
side  8:2 31:13 34:16
  35:3,4 36:12
sides  31:5
sir  7:19,22 9:13,19
  9:23 10:1,4,5 12:24
  13:1,12,17 14:18,21
  15:3,23 16:23 17:17
  17:19 18:13,20
  20:18 21:13 22:1,21

23:14 26:11,14,16
  26:19,23 27:5,22
  28:6,14 29:4 30:5
  30:25 31:8 32:8
  33:19 34:7,17,24
  35:22 36:6 37:9,20
  38:5 39:1,14,20
  40:1,7,13,18,20
  41:3,18,20 42:5,14
situation  11:16,17
  25:3,11 28:3
six  19:11
skill  46:12
sky  35:13
sleeping  37:22
smoke  17:23,23 18:2
  18:8,9 19:10,12
  24:15,16 30:16 31:3
  31:3 35:8 38:16
  42:7,12,19
soaked  29:17
soaking  29:11
solemnly  7:6
solutions  6:4,20
somebody  14:8 37:3
soon  17:9 19:15
  20:20 23:1,3
sorry  32:13 41:2
  43:7,10
sort  17:7
southern  1:3 6:14
speak  13:9,15 23:3
  23:23 25:13,16
speaking  13:7 22:23
spears  1:13,14 12:25
specific  8:19,25
specifically  34:10
  39:4
specifics  8:21
speculate  14:19
spoke  23:20
spraying  29:8
spread  35:9,10
srtatton  44:23

staffordsville  24:5
stages  18:25
stamp  16:14
stamps  16:11
standing  34:25
  36:11 38:15 43:23
  43:25
start  8:14,16
started  10:23 17:7,8
  17:10 18:21,22 20:6
  21:3 30:9 36:19
  42:22,23
state  4:12 5:9 14:8
  15:18 16:20 21:7
  22:10,13 23:15 46:2
statement  24:16
states  1:1 6:13 24:4
  24:7
stenographically
  46:9
step  17:3,4,8,8 22:17
  24:1 27:8,11 31:2
  37:4 38:20 40:2
stepped  34:17
stick  39:8,9
sticks  26:3
stipulation  5:1
stop  9:6
stopped  19:14 37:1
store  12:17
stores  12:19
strange  25:24 26:1
stratton  2:16,17 4:6
  4:8 5:3 6:7,25,25
  40:25 42:17 43:19
  44:5
street  2:18 3:6 5:4
  6:8 14:8 15:18
  16:20 21:7 22:10,12
  22:13 24:3 34:18,19
  34:20,25 43:23,25
  44:18
strictly  21:7
strike  13:10 18:14
  42:22 43:13

submit  41:10,11
submitted  46:24
subpoena  8:1 13:13
substance  9:16
successful  19:7
supervisor  41:14
supervisors  41:11
supposed  24:8
sure  20:3 38:10 40:9
  41:23
surrounding  21:4
swear  5:9 6:20 7:6
sworn  46:7

t

t&t  12:21
take  9:20 13:19
  21:14 28:3 29:25
  31:2 33:2 36:9,15
  36:25 37:2,4,11
  38:6
taken  5:3,6 6:9 7:22
  8:5 32:20 33:19,22
  34:8,15,17,25 36:7
  36:23 39:2 46:5,12
talk  23:22 37:3
  40:11
talked  39:21,24
talking  22:8 28:23
  43:23
telephone  2:10,20
  3:8 24:3
tell  16:15 23:24
  27:17 31:19 32:8
  36:7 40:4 41:19
  42:9
telling  26:10
ten  21:16 23:5,6
terms  22:3 25:6
testify  9:21 46:7
testifying  9:17
testimony  7:7
thank  7:11 43:19
  44:23

[thick - zip]

**thick** 19:11
**thing** 8:20 10:2
  25:22 42:5 44:20
**things** 8:11 24:24
**think** 8:12 9:22
  12:24 13:1 22:24
  24:19 26:1 34:9
  38:14 40:1
**thinking** 9:17 15:16
  39:6,10,10
**third** 16:9
**thomas** 1:15
**thought** 24:24 25:24
  37:25
**thoughts** 26:9
**three** 20:22 31:9
**threw** 25:15
**time** 6:5,16 8:7,20
  9:5 10:22 12:9,9
  16:1 17:6,13 18:17
  20:19 24:14,21 30:9
  33:4 36:19,20,23
  41:7,8 42:23 43:15
  45:1 46:6
**times** 7:23 9:12 33:3
**title** 46:6
**tobacco** 12:22
**today** 6:5 9:21 13:11
**told** 24:10 27:1
**tom** 1:15
**tones** 14:5
**top** 14:24
**tops** 21:16 33:8,8
**town** 12:14
**tracking** 42:3
**tracy** 1:13,13 11:25
  22:18 23:3 24:2
  25:12 26:9,12,21
  29:2 39:24
**training** 35:20
**transcript** 8:7,17
  46:5,12
**trapped** 14:9
**trial** 8:8

**tried** 13:7 17:3 19:6
  20:4 21:5 31:2
  36:25
**truck** 31:13
**trucks** 19:25 28:13
  31:11,15
**true** 28:15 29:7
  34:14 36:22 46:11
**truth** 7:8,8,9 46:7,8
  46:8
**truthfully** 9:17
**try** 8:15 15:9 23:22
  26:5 31:25 37:4
**trying** 17:8 19:2,3
  20:9,23 24:6 27:6
  28:2 31:25 33:2
  36:9 38:6
**tuesday** 5:5
**turn** 16:9 28:4
**two** 12:12 16:7 20:2
  20:3,22 31:9 33:24
  36:17
**type** 8:20 22:9 41:10
  46:10

**u**

**uh** 15:11 21:21
  32:11
**understand** 9:10,11
  23:19 32:21 42:10
**understood** 9:4
**unit** 14:7,15
**united** 1:1 6:13
**upset** 23:16 44:20

**v**

**various** 18:25 33:2
**verbally** 32:12,18
**veritext** 6:4,20
**versus** 6:11
**victoria** 1:7 2:3 6:10
  6:23
**video** 5:3
**videographer** 6:3
  45:1

**vina** 1:25 5:8 6:19
  46:21
**volunteer** 29:3
**vs** 1:11

**w**

**wait** 8:14
**walls** 36:12
**want** 7:20 8:18
  11:22 12:21 14:18
  14:18 15:9 20:2
  22:13 23:16,17 25:1
  28:25 33:1,7 35:25
  36:17 40:14
**wanted** 26:5
**wanting** 15:3 20:22
  23:5
**warning** 25:15
**water** 29:9,17
**way** 8:17 14:10 25:6
  25:7 31:3 32:7 42:2
  42:8 46:14
**weiner** 2:7 6:23
**weinerlesniak.com**
  2:12
**went** 10:24 14:9
  18:4 20:6,8 21:8,11
  36:25 38:14,15
**west** 3:6
**wet** 29:18
**wheelchair** 12:10
**white** 30:2
**wife** 11:15
**william** 1:14
**windows** 18:4 31:5
**wish** 41:20
**witness** 5:10 6:15,21
  7:10 9:15 46:4
**witten** 1:23 5:3 6:15
  7:5,14,18,20,21
  13:18 16:18 29:22
  30:3,12,23 31:18
  32:22 33:17,20 34:4
  34:21 36:3 37:6
  38:1,23 39:18 43:5

**wondered** 42:2
**word** 8:6,6 40:23
**words** 40:15
**worked** 10:10,11,22
  14:3 27:17
**working** 10:17
**works** 15:1
**write** 25:23
**written** 26:2,3 46:10
**wrong** 25:4 43:11
**wrote** 15:12 16:16
  16:24 23:25 27:5,12

**y**

**ya** 38:22
**yabao** 6:3
**yeah** 29:22 42:1
**years** 10:5
**yellow** 31:10,12

**z**

**zip** 11:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.