# EXHIBIT Y

# Marriage License

Valid **ONLY** in the
Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

Bride's Full Name: **DONNA RAE CAUDILL**
Current Residence: 1132 STATE STREET PAINTSVILLE, KY 41240
Groom's Full Name: **MARK JOSEPH GIRARD**
Current Residence: 1132 STATE STREET PAINTSVILLE, KY 41240

|  | Bride | Groom |
|---|---|---|
| Date of Birth (Age) | 4/22/57   43 | 10-11-52   48 |
| Place of Birth | PAINTSVILLE, KY | BROOKLYN, NY |
| Mother's Full Name (Including Maiden) | MARY LOU RICE CAUDILL | GENNY LATOUR |
| Father's Full Name | LEONARD FRED CAUDILL | VICTOR GIRARD |
| Condition (Single, widowed, divorced or annulled) | DIVORCED | SINGLE |
| No. of Previous Marriages | 1 |  |
| Occupation | MERCHANDISER | DISABLED |
| Race | WHITE | WHITE |
| Relationship to other party | NONE | NONE |

We hereby certify the above information is true to the best of our knowledge.

*Donna Rae Caudill* (bride's signature)     *Mark Joseph Girard* (groom's signature)

Issued this 12 / 21 / 00 in the office of BETTY JO CONLEY, JOHNSON
County Clerk, PAINTSVILLE (city), Kentucky by *Brown* (recorder's name), DEPUTY CLERK (title)

*Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!*

# Marriage Certificate

(type or print with black ink ball-point pen only)

I do certify that: **Mark Joseph Girard** and **Donna Rae Caudill**
Were united in marriage on the **1st** day of **January**, at **Staffordsville**
Kentucky, under the authority of the above license and in the presence of (Please PRINT witnesses name)
**Randall D. Caudill** and **Patsy E. Stratton**
Given under my hand this **1st** day of **January**, **2001**.
*Rev. Leonard Caudill* Minister, of the **Eternal Baptist**
(Signature of person performing ceremony) (title) (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this 01 / 04 / 2001 in the office of BETTY JO CONLEY, JOHNSON
County Clerk, in Marriage Book 117, page 144.
*Robin [signature]* (recorder's name), DEPUTY Clerk (recorder's title)